Case3:12-cv-04000-LB Document12 Filed08/27/12 Page1 of 16

**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel Thomas Rockey, California Bar No. 178604
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: klmarshall@bryancave.com
meryl.macklin@bryancave.com
daniel.rockey@bryancave.com

Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC,
REGUS BUSINESS CENTRE, LLC, and REGUS plc

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, on behalf of itself and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-cv-04000-LB<br><br>**DECLARATION OF JAIME BISHOP IN SUPPORT OF MOTION TO DISMISS CLASS ACTION COMPLAINT** |

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

I, Jaime Bishop, declare:

1. I am more than eighteen years of age and am competent to make this declaration. The following facts are based upon my personal knowledge or are based upon information received from persons upon whom I rely in the normal course of business and/or the business records of Regus Management Group, LLC. If called as a witness, I could and would testify competently to the matters contained in this declaration.

2. I am employed by Regus Management Group, LLC ("Regus"). Currently, I am the General Manager for the Regus Office Center at 50 California Street, Suite 1500, San Francisco, CA 94111 ("50 California").

3. In my role as General Manager, I have overall responsibility for the operations of the Regus Center at 50 California, including the maintenance and custody of customer records and contracts, as well as Regus' contractual terms and conditions, policies, rules, and pricing information.

4. Exhibit A to my declaration is a copy of the Office Service Agreement ("Agreement") between Regus and Circle Click Media, LLC ("Circle Click"). The Agreement is signed on April 29, 2011, by Mark Petersen, who is listed as Managing Partner of Circle Click, and Javier C. Ramirez, who at that time was the Center Manager for the Regus Office Center at 50 California. The Agreement states that it "incorporates our terms of business set out on attached Terms and Conditions which you confirm you have read and understood."

5. Exhibit B to my declaration is a copy of the Terms and Conditions that were printed on the back page of the Agreement. The Terms and Conditions state, "This agreement is composed of the front page describing the accommodation(s), the present terms and conditions and the House Rules."

6. Exhibit C to my declaration is a copy of the House Rules that were in effect in April 2011 for the Regus Office Center at 50 California. Paragraph 35 of the House Rules describe "Pay-as-you-use Services" and indicates that the "Services Price Guide, which may change from time to time, lists many commonly requested services and their costs."

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

Case3:12-cv-04000-LB Document12 Filed08/27/12 Page3 of 16

7. Exhibit D to my declaration is a copy of the Services Price Guide that was in effect in April 2011 for the Regus Office Center at 50 California.

8. Exhibits A-D are Regus business records that were made available to Circle Click in or before April 2011. These records were made and kept in the course of Regus' regular course of business of providing office space and services to customers at the Regus Office Center at 50 California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of August 2012, at San Francisco, California

Jaime Bishop

BRYAN CAVE LLP
333 MARKET STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105

# EXHIBIT A

Regus

# Office Service Agreement

| Agreement Date (mm/dd/yy) | April 29, 2011 | Reference No. | 5156782 |
|---|---|---|---|

| Business Center Address |
|---|
| 50 California Street |
| 15th Floor |
| San Francisco, CA 94111 |
| |
| |

| Client Address (Not in Regus Center Address) | |
|---|---|
| Company Name: | CircleClick |
| Contact Name: | Mark Petersen |
| Address: | 6 Loma Linda Court |
| Address: | Orinda, CA 94563 |
| Phone & Email: | 866-611-9737 / mpetersen@circleclick.com |

| Office Payment Details (excluding tax and excluding services) | | | |
|---|---|---|---|
| Office Number | No. of People | Monthly Office Fee | Currency |
| 1530 | 1 | 989 | USD |
| 1531 | 1 | 1,472 | USD |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total per Month | 2 | 2,461 | USD |

| Initial Payment | First Month's Fee | | |
|---|---|---|---|
| | Service Retainer | 2 | 4,921 |
| | Total Initial Payment | | 4,921 |
| Monthly Payment | Total Monthly Payment thereafter | | 2,461 |

| Length of Agreement: | Start Date | May 1, 2011 | End Date | May 31, 2012 |
|---|---|---|---|---|

** All agreements end on the last calendar day of the month.*

Comments:

*Offices are at a 12 month term with 1 month FREE rent for each office*

We are Regus Management Group LLC,("Regus"). This Agreement incorporates our terms of business set out on attached Terms and Conditions which you confirm you have read and understood. We both agree to comply with those terms and our obligations as set out in them. This agreement is binding from the agreement start date and may not be terminated once it is made, except in accordance with its terms. Note that the Agreement does not come to an end automatically. See "Bringing your Agreement to an end".

| | | | |
|---|---|---|---|
| Name (printed): | Mark Petersen | Name (printed): | Javier C. Ramirez |
| Title (printed): | Managing Partner | Title (printed): | Center Manager |
| Date: | April 29, 2011 | Date: | April 29, 2011 |
| SIGNED on your behalf (Client) | [signature] | SIGNED on our behalf | [signature] |

☐ We would like to keep you informed of the latest product news, special offers and other marketing information from preferred partners. If you would like to receive this information then select this box.

# EXHIBIT B

# Terms & Conditions

**1. This Agreement**

1.1 Nature of this agreement: This agreement is the commercial equivalent of an agreement for accommodation(s) in a hotel. The whole of the Center remains in Regus' possession and control. THE CLIENT ACCEPTS THAT THIS AGREEMENT CREATES NO TENANCY INTEREST, LEASEHOLD ESTATE OR OTHER REAL PROPERTY INTEREST IN THE CLIENT'S FAVOUR WITH RESPECT TO THE ACCOMMODATION(S). Regus is giving the Client the right to share with Regus the use of the Center on these terms and conditions, as supplemented by the House Rules, so that Regus can provide the services to the Client. This agreement is personal to the Client and cannot be transferred to anyone else. This agreement is composed of the front page describing the accommodation(s), the present terms and conditions and the House Rules.

1.2 Comply with House Rules: The Client must comply with any House Rules which Regus imposes generally on users of the Center. The House Rules vary from country to country and from Center to Center and these can be requested locally.

1.3 Duration: This agreement lasts for the period stated in it and then will be extended automatically for successive periods equal to the current term but no less than 3 months (unless legal renewal term limits apply) until brought to an end by the Client or by Regus. All periods shall run to the last day of the month in which they would otherwise expire. The fees on any renewal will be at the then prevailing market rate.

1.4 Bringing this agreement to an end: Either Regus or the Client can terminate this agreement at the end date stated in it, or at the end of any extension or renewal period, by giving at least three months written notice to the other. However, if this agreement, extension or renewal is for three months or less and either Regus or the Client wishes to terminate it, the notice period is two months or (if shorter) one week less than the period stated in this agreement.

1.5 Ending this agreement immediately: To the maximum extent permitted by applicable law, Regus may put an end to this agreement immediately by giving the Client notice and without need to follow any additional procedure if (a) the Client becomes insolvent, bankrupt, goes into liquidation or becomes unable to pay its debts as they fall due, or (b) the Client is in breach of one of its obligations which cannot be put right or which Regus have given the Client notice to put right and which the Client has failed to put right within fourteen (14) days of that notice, or (c) its conduct, or that of someone at the Center with its permission or invitation, is incompatible with ordinary office use.

If Regus puts an end to this agreement for any of these reasons it does not put an end to any outstanding obligations, including additional services used and the monthly office fee for the remainder of the period for which this agreement would have lasted if Regus had not ended it.

1.6 If the Center is no longer available: In the event that Regus is permanently unable to provide the services and accommodation(s) at the Center stated in this agreement then this agreement will end and the Client will only have to pay monthly office fees up to the date it ends and for the additional services the Client has used. Regus will try to find suitable alternative accommodation(s) for the Client at another Regus Center.

1.7 When this agreement ends the Client is to vacate the accommodation(s) immediately, leaving the accommodation(s) in the same condition as it was when the Client took it. Upon the Client's departure or if the Client, at its option, chooses to relocate to different rooms within the Centre, Regus will charge an Office Restoration Service fee to cover normal cleaning and testing and to return the accommodation(s) to its original state. This fee will differ by country and is listed in the House Rules. Regus reserves the right to charge additional reasonable fees for any repairs needed above and beyond normal wear and tear. If the Client leaves any property in the Centre Regus may dispose of it at the Client's cost in any way Regus chooses without owing the Client any responsibility for it or any proceeds of sale. When a Client vacates its accommodation(s) invariably Regus continues to receive the Client's mail, faxes, telephone calls and visitors. In order to professionally manage the redirection of the Client's calls, mail, faxes and visitors Regus charges a one-time Business Continuity Service. This service lasts for three months after the end of the date of this agreement. If in the event that there are no calls, mail, faxes or visitors this service will not be applied. This fee is located in the house rules.

If the Client continues to use the accommodation(s) when this agreement has ended the Client is responsible for any loss, claim or liability Regus incurs as a result of the Client's failure to vacate on time. Regus may, at its discretion, permit the Client an extension subject to a surcharge on the monthly office fee.

1.8 Employees: While this agreement is in force and for a period of six months after it ends, neither Regus nor the Client may knowingly solicit or offer employment to any of the other's staff employed in the Center. This obligation applies to any employee employed at the Center up to that employee's termination of employment, and for three months thereafter. It is stipulated that the breaching party shall pay the non-breaching party the equivalent of one year's salary for any employee concerned. Nothing in this clause shall prevent either party from employing an individual who responds in good faith and independently to an advertisement which is made to the public at large.

1.9 Client Representation of Regus Employees: Throughout the duration of this agreement, Client agrees that neither Client, nor any of Client's partners, members, officers or employees will represent, or otherwise provide legal counsel to, any of Regus' current or former employees in any dispute with, or legal proceeding against, Regus, or any of Regus' affiliates, members, officers or employees.

1.10 Notices: All formal notices must be in writing to the address first written above.

1.11 Confidentiality: The terms of this agreement are confidential. Neither Regus nor the Client must disclose them without the other's consent unless required to do so by law or an official authority. This obligation continues after this agreement ends.

1.12 Applicable law: This agreement is interpreted and enforced in accordance with the law of the place where the relevant Centre is located. Regus and the Client both accept the exclusive jurisdiction of the courts of such jurisdiction. If any provision of these terms and conditions is held void or unenforceable under the applicable law, the other provisions shall remain in force. In the case of Japan all agreements will be interpreted and enforced by the Tokyo District Court, and in the case of France, any dispute regarding this agreement will be settled by the relevant courts of the Paris jurisdiction.

1.13 Enforcing this agreement: The Client must pay any reasonable and proper costs including legal fees that Regus incurs in enforcing this agreement.

**2. Services and Obligations**

2.1 Furnished office accommodation(s): Regus is to provide the number of serviced and furnished office accommodation(s) for which the Client has agreed to pay in the Center stated in this agreement. This agreement lists the accommodation(s) Regus has initially allocated for the Client's use. The Client will have a non-exclusive right to the rooms allocated to it. Occasionally Regus may need to allocate different accommodation(s), but these accommodation(s) will be of reasonably equivalent size and Regus will notify the Client with respect to such different accommodation(s) in advance.

2.2 Office Services: Regus is to provide during normal opening hours the services, if requested, described in the relevant service description (which is available on request). If Regus decides that a request for any particular service is excessive, it reserves the right to charge an additional fee.

2.3 Regus NET: REGUS DOES NOT MAKE ANY REPRESENTATIONS AS TO THE SECURITY OF REGUS' NETWORK (OR THE INTERNET) OR OF ANY INFORMATION THAT THE CLIENT PLACES ON IT. The Client should adopt whatever security measures (such as encryption) it believes are appropriate to its circumstances. Regus cannot guarantee that a particular degree of availability will be attained in connection with the Client's use of Regus' network (or the internet). The Client's sole and exclusive remedy shall be the remedy of such failure by Regus within a reasonable time after written notice.

**3. Providing the Services**

3.1 Access to the accommodation(s): Regus may need to enter the Client's accommodation(s) and may do so at any time. However, unless there is an emergency or the Client has given notice to terminate, Regus will attempt to notify the Client verbally or electronically in advance when Regus needs access to carry out testing, repair or works other than routine inspection, cleaning and maintenance. Regus will also endeavor to respect reasonable security procedures to protect the confidentiality of the Client's business.

3.2 Availability at the start of this agreement: If for any reason Regus cannot provide the accommodation(s) stated in this agreement by the date when this agreement is due to start it has no liability to the Client for any loss or damages but the Client may cancel this agreement without penalty. Regus will not charge the Client the monthly office fee for accommodation(s) the Client cannot use until it becomes available. Regus may delay the start date of this agreement provided it provides to the Client alternative accommodation(s) that shall be at least of equivalent size to the accommodation(s) stated in this agreement.

**4. Accommodation(s)**

4.1 The Client must not alter any part of its accommodation and must take good care of all parts of the Center, its equipment, fixtures, fittings and furnishings which the Client uses. The Client is liable for any damage caused by it or those in the Center with the Client's permission or at the Client's invitation whether express or implied, including but not limited to all employees, contractors, agents or other persons present on the premises.

4.2 Office furniture and equipment: The Client must not install any cabling, IT or telecom connections without Regus' consent, which Regus may refuse at its absolute discretion. As a condition to Regus' consent, the Client must permit Regus to oversee any installations (for example IT or electrical systems) and to verify that such installations do not interfere with the use of the accommodation(s) by other Clients or Regus or any landlord of the building.

4.3 Insurance: It is the Client's responsibility to arrange insurance for its own property which it brings in to the Center and for its own liability to its employees and to third parties. Regus strongly recommends that the Client put such insurance in place.

**5. Use**

5.1 The Client must only use the accommodation(s) for office purposes. Office use of a "retail" or "medical" nature, involving frequent visits by members of the public, is not permitted.

5.2 The Client must not carry on a business that competes with Regus' business of providing serviced office accommodation(s).

5.3 The Client's name and address: The Client may only carry on that business in its name or some other name that Regus previously agrees.

5.4 Use of the Center Address: The Client may use the Center address as its business address. Any other uses are prohibited without Regus' prior written consent.

**6. Compliance**

6.1 Comply with the law: The Client must comply with all relevant laws and regulations in the conduct of its business. The Client must do nothing illegal in connection with its use of the Business Center. The Client must not do anything that may interfere with the use of the Center by Regus or by others, cause any nuisance or annoyance, increase the insurance premiums Regus has to pay, or cause loss or damage to Regus (including damage to reputation) or to the owner of any interest in the building which contains the Center the Client is using. The Client acknowledges that (a) the terms of the foregoing sentence are a material inducement in Regus' execution of this agreement and (b) any violation by the Client of the foregoing sentence shall constitute a material default by the Client hereunder, entitling Regus to terminate this agreement, without further notice or procedure.

6.2 The Client's personal data may be transferred outside the European Union where Regus has a Center for the purposes of providing the services herein. Regus has adopted internal rules to ensure data protection in accordance with European regulations.

**7. Regus' Liability**

7.1 The extent of Regus' liability: To the maximum extent permitted by applicable law, Regus is not liable to the Client in respect of any loss or damage the Client suffers in connection with this agreement, with the services or with the Client's accommodation(s) unless Regus has acted deliberately or negligently in causing that loss or damage. Regus is not liable for any loss as a result of Regus' failure to provide a service as a result of mechanical breakdown, strike, termination of Regus' interest in the building containing the Center or otherwise unless Regus does so deliberately or is negligent. In no event shall Regus be liable for any loss or damage until the Client provides Regus written notice and gives Regus a reasonable time to put it right. If Regus is liable for failing to provide the Client with any service under this agreement then subject to the exclusions and limits set out immediately below Regus will pay any actual and reasonable expenses the Client has incurred in obtaining that service from an alternative source. If the Client believes Regus has failed to deliver a service consistent with these terms and conditions the Client shall provide Regus written notice of such failure and give Regus a reasonable period to put it right.

7.2 EXCLUSION OF CONSEQUENTIAL LOSSES, ETC.: REGUS WILL NOT IN ANY CIRCUMSTANCES HAVE ANY LIABILITY FOR LOSS OF BUSINESS, LOSS OF PROFITS, LOSS OF ANTICIPATED SAVINGS, LOSS OF OR DAMAGE TO DATA, THIRD PARTY CLAIMS OR ANY CONSEQUENTIAL LOSS UNLESS REGUS OTHERWISE AGREES IN WRITING. REGUS STRONGLY ADVISES THE CLIENT TO INSURE AGAINST ALL SUCH POTENTIAL LOSS, DAMAGE, EXPENSE OR LIABILITY.

7.3 Financial limits to Regus' liability: In all cases, Regus' liability to the Client is subject to the following limits:

- Without limit for personal injury or death;
- Up to a maximum of £1 million / USD$2 million / €1.3 million (or local equivalent) for any one event or series of connected events for damage to the Client's personal property except in Turkey where it will be up to a maximum of the monthly office fee over the current term;
- Up to a maximum equal to 125% of the total fees paid between the date the Client moved into its accommodation(s) and the date on which the claim in question arises or £50,000 / USD$100,000 / €66,000 (or local equivalent) whichever is the higher, in respect of any other loss or damage except in Turkey where it will be up to a maximum of the monthly office fee over the current term.

**8. Fees**

8.1 Taxes and duty charges: The Client agrees to pay promptly (i) all sales, use, excise, consumption and any other taxes and license fees which it is required to pay to any governmental authority (and, at Regus' request, will provide to Regus evidence of such payment) and (ii) any taxes paid by Regus to any governmental authority that are attributable to the accommodation(s), including, without limitation, any gross receipts, rent and occupancy taxes, tangible personal property taxes, stamp tax or other documentary taxes and fees.

8.2 Service Retainer/Deposit: The Client will be required to pay a service retainer/deposit equivalent to two months' of the monthly office fee (plus VAT/Tax where applicable) upon entering into this agreement unless a greater amount is specified on the front of this agreement. This will be held by Regus without generating interest as security for performance of all the Client's obligations under this agreement. The service retainer/deposit or any balance after deducting outstanding fees, the Business Continuity and Office Restoration Service and other costs due to Regus, will be returned to the Client after the Client has settled its account with Regus and funds have been cleared.

8.3 Regus may require the Client to pay an increased retainer if outstanding fees exceed the service retainer/deposit held and/or the Client frequently fails to pay Regus when due.

8.4 The Client will be charged an office set up fee per occupant. Fee amounts are located in the House Rules which can be requested at any time.

8.5 Late payment: If the Client does not pay fees when due, a fee will be charged on all overdue balances. This fee will differ by country and is listed in the House Rules. If the Client disputes any part of an invoice the Client must pay the amount not in dispute by the due date or be subject to late fees. Regus also reserves the right to withhold services (including for the avoidance of doubt, denying the Client access to its accommodation(s)) while there are any outstanding fees and/or interest or the Client is in breach of this agreement.

8.6 Payment: Regus is continually striving to reduce its environmental impact and supports its clients in doing the same. Therefore Regus will send all invoices electronically (where allowed by law) and the Client will make payments via an automated method such as Direct Debit or Credit Card, wherever local banking systems permit.

8.7 Insufficient Funds: The Client will pay a fee for any returned check or any other declined payments due to insufficient funds. This fee will differ by country and is listed in the House Rules.

8.8 Regus will increase the monthly office fee each and every anniversary of the start date of this agreement by a percentage amount equal to the increase in the All Items Retail Prices Index, or such other broadly equivalent index which Regus substitutes provided that if the foregoing increase is not permitted by applicable law, then the monthly office fee shall be increased as specified in the House Rules. This will only apply to agreements that have an original start and end date constituting more than a 12 month term. Renewals will be renewed as per clause 1.3 above and only those renewals with a start and end date constituting a term of over 12 months will have the same increase applied.

8.9 Standard services: The monthly office fee and any recurring services requested by the Client are payable monthly in advance. Unless otherwise agreed in writing, these recurring services will be provided by Regus at the specified rates for the duration of this Agreement (including any renewal). Specific due dates will differ by country and are listed in the House Rules. Where a daily rate applies, the charge for any such month will be 30 times the daily fee. For a period of less than a month the fee will be applied on a daily basis.

8.10 Pay-as-you-use and Additional Variable Services: Fees for pay-as-you-use services, plus applicable taxes, in accordance with Regus' published rates which may change from time to time, are invoiced in arrears and payable the month following the calendar month in which the additional services were provided. Specific due dates will differ by country and are listed in the House Rules.

8.11 Discounts, Promotions and Offers: If the Client benefited from a special discount, promotion or offer, Regus may discontinue that discount, promotion or offer without notice if the Client breaches these terms and conditions or becomes past due on two or more occasions.

# EXHIBIT C



Case3:12-cv-04000-LB Document12 Filed08/27/12 Page9 of 16

## HOUSE RULES

*These are our House Rules which may change from time to time and apply to all Regus Management group facilities operating under different names (Regus, HQ, Stratis, etc.).*

**Accommodation**

1. Upon move in: We may ask you to sign an inventory of all accommodation, furniture and equipment you are permitted to use, together with a note of its condition, and details of the keys or entry cards issued to you.

2. You may not put up any signs on the doors of your accommodation or anywhere else that is visible from outside the rooms you are using without written approval from the local Center team (acting reasonably).

3. Taking care of our property: You must take good care of all parts of the Business Center, its equipment, fittings and furnishings that you use. You must not alter any part of it.

4. Keys and security: Any keys or entry cards which we let you use remain our property at all times. You must not make any copies of the keys and/or entry cards or allow anyone else to use them without our consent. Any loss must be reported to us immediately and you must pay a reasonable fee for replacement keys or cards and of changing locks, if required. This rule improves security levels of the Business Center. If you are permitted to use the Business Center outside normal working hours it is your responsibility to lock the doors to your accommodation and to the Business Center when you leave. This is to ensure the safety of individuals and property at the Business Center.

**Use**

5. You shall not leave open any corridor doors, exit doors or door connecting corridors during or after business hours. All corridors, halls, elevators and stairways shall not be obstructed by you or used for any purpose other than egress and ingress. You can only use public areas with the consent of REGUS and those areas must be kept neat and attractive at all times.

6. Your name and address: At your request and cost we are happy to include that name in the house directory at the Business Center, where this facility is available. You must not use the name Regus or HQ Global Workplaces or Stratis or the specific brand name of the center you are using in any way in connection with your business. You may not use the Business Center as your registered address for service-of-process.

7. Your phone number: You agree that the phone number(s) assigned to you are for your use during the term of your agreement. The phone numbers remain the property of Regus and you have no contractual or vested interests in the present telephone service, telephone system, or telephone numbers provided by Regus. If you choose to have the phone number listed in the local 411 or directory assistance, you authorize Regus to procure and arrange this listing for you and you agree to pay any fees for such listing. You agree not to list the phone number in any "white or yellow" pages.

8. You and your employees and guests shall conduct yourselves in a businesslike manner; proper business attire shall be worn at all times; the noise level will be kept to a level so as not to interfere with or annoy other clients and You will abide by REGUS directives regarding security, keys, parking and other such matters common to all occupants.

9. You shall not, without REGUS prior written consent, store or operate in the workstation(s) or the REGUS Business Center any computer (excepting a personal computer) or any other large business machine, reproduction equipment, heating equipment, stove, radio, stereo equipment or other mechanical amplification equipment, vending or coin operated machine, refrigerator or coffee equipment. Additionally, you must not conduct a mechanical business therein, do any cooking therein, or use or allow to be used in the Building, oil burning fluids, gasoline, kerosene for heating, warming or lighting. No article deemed hazardous on account of fire or any explosives shall be brought into the REGUS business center. No offensive gases, odors or liquids shall be permitted. No firearms shall be permitted. The Business Center is intended to be used solely for office use.

10. The electrical current shall be used for ordinary lighting, powering personal computers and small appliances only unless written permission to do otherwise shall first have been obtained from REGUS at an agreed cost to You. If You require any special installation or wiring for electrical use, telephone equipment or otherwise, such wiring shall be done at Your expense by the personnel designated by REGUS.

11. You may not conduct business in the hallways, reception area or any other area except in its designated office without the prior written consent of REGUS.

12. You shall bring no animals into the Building other than certified assistance animals which are being used solely for the purposes of such certification .

13. Kitchen Amenities / Beverage Fee allows clients and visitors access to self-service coffee and tea. This fee is mandatory and will be charged per office occupant.

14. You shall not use the REGUS Business Center for manufacturing or storage of merchandise except as such storage may be incidental to general office purposes. Client shall not occupy or permit any portion of the REGUS business center to be occupied or used for the manufacture, sale, gift or use of liquor, narcotics or tobacco in any form.

15. No additional locks or bolts of any kind shall be placed upon any of the doors or windows of the REGUS Business Center by You nor shall any changes be made to existing locks or the mechanisms thereof.

16. Canvassing, soliciting and peddling in the Building are prohibited and You shall not solicit other clients for any business or other purpose without the prior written approval of REGUS.

17. All property belonging to You or any employee, agent or invitee shall be at the risk of such person only and REGUS shall not be liable for damages thereto or for theft or misappropriation thereof.

18. Smoking shall be prohibited in all public areas, including conference and training rooms. No smoking shall be permitted at any time in any area of the REGUS Business Center (including open offices).

19. You or Your officers, directors, employees, shareholders, partners, agents, representatives, contractors, customers, or invitees shall be prohibited from participating in any type of harassing or abusive behavior to REGUS team members, other clients or invitees, verbal or physical in the REGUS Business Center for any reason.

20. Free business**world** Gold cards: Free business**world** Gold cards can be used in any Regus location. Use of the Regus Business Lounges will be governed by the business**world** Terms and Conditions which are conveniently located on www.regus.com.

**Services and Obligations**

21. Furnished office accommodation: With the exception of standard artwork, pictures, and whiteboards, you shall not affix anything to the windows, walls or any other part of the office or the REGUS business center or make alterations or additions to the office or the REGUS business center without the prior written consent of REGUS.

22. Office Services: We are happy to discuss special arrangements for the use of the facilities outside our normal opening hours or if in a non-U.S. Center, the normal working days where the Center is located. There may be an additional charge for such special arrangements. This can be discussed at the time of arrangement.

23. All of the pay-as-you-use services are subject to the availability of our Center staff at the time of any service request. We will endeavor to deal with a service request at the earliest opportunity and provide the additional service you require, but will not be held responsible for any delay.

24. If in our opinion, we decide that a request for any pay-as-you-use service is excessive, we reserve the right to charge an additional fee at our usual published rates based on the time taken to complete the service. This will be discussed and agreed between us at the time you make such request.

**Your Agreement**

25. Nature of your agreement: We may transfer the benefit of your agreement and our obligations under it at any time. This clause reflects the fact that you are taking a serviced office agreement and not a lease and that we retain overall control of the Business Center. You have no real-property interest of any kind in the Building. If your company does merge with another or you need to allow an affiliate to use the services provided under your agreement, please come to us and explain the need for any change to us and we will give careful consideration in each case. Of course we do need to make sure we know and are happy with the identity of each occupant of our Business Center.

26. Company Name Change: If there is a need to change the name of your company, requests must be made in writing and addressed to the Center Manager. Please note that these requests should be accompanied by the appropriate supporting paperwork and will be processed 60 days from the beginning of the next calendar month. Failure to provide paperwork supporting the name change will delay processing. Any invoices prior will be in the prior company name and can not be changed.

27. Data Protection: You agree that we may process, disclose or transfer (including outside the EEA – European Economic Area - to other countries which are part of our international network from time to time) any personal data which we hold on or in relation to you provided that in doing so we take such steps as we consider reasonable to ensure that it is used only
    - to fulfill our obligations under your agreement;
    - for work assessment and fraud prevention; or
    - to make available information about new or beneficial products and services offered by us and other organizations which we consider may be of interest to you.

    Please be aware that countries outside the EEA – European Economic Area - may not have laws in force to protect your personal data.

28. For all agreements with a term greater than 12 months the indexation applied of the All Items Retail Prices Index + 2% will be substituted by CPI or 4% whichever is the greater.

29. Cross Default: You agree that, if you are in default under a service agreement with us at a different business center ("Different Location Agreement") to the one specified in this Agreement, that we may recover any unpaid sums due under a Different Location Agreement from you under this Agreement and that we may, in particular (but not limited to), withhold services under this Agreement or deduct sums from the retainer held under this Agreement in respect of such unpaid sums.

30. Subordination: Your Agreement is subordinate to our lease with our landlord and to any other Agreements to which our lease with our landlord is subordinate.

31. Regus shall have the right to terminate the Agreement immediately if Client is or becomes (i) identified on the Specially Designated Nationals and Blocked Persons List maintained by the U.S. Department of the Treasury Office of Foreign Assets Control ("OFAC") or on any similar list (collectively, the "List"), or (ii) a person, entity, or government with whom a citizen of the United States is prohibited from engaging in transactions by any trade embargo, economic sanction, or other prohibition of United States law, regulation, or Executive Order of the President of the United States.

32. Your liability for services: You agree that you are liable for all fees and any other amounts for which services are requested or rendered regardless of whether a payment made by any particular medium is declined or rejected in whole or in part. If requested by us, you agree to immediately pay by an alternate form of payment that we accept.

33. Your credit card authorization form: You agree that if you elect to pay fees and any other amounts owed to us by credit card, you will immediately sign our standard credit card authorization form which authorizes us to charge you for amounts owed to us. If applicable, you also agree to sign an authorization form which notes the specific dollar amount that you owe us. You agree that at any time either form is presented to you, you will immediately sign it.

**Fees**

34. Standard services: The standard fee and any fixed, recurring services requested by you are payable in advance, by the 1st day (or such other day as we designate) of each month following the date you receive your bill. An activation fee (equivalent to the monthly rate for that service) will be billed upon service activation for applicable telecom and internet services. Where a daily rate applies, the charge for any such month will be 30 times the standard fee. For a period of less than a month the standard fee will be applied on a daily basis. Services may not be cancelled during the term of the agreement or any renewal.

35. Pay-as-you-use Services: Fees for pay-as-you-use services, plus applicable taxes, are invoiced in arrears and payable on the 1st day (or such other day as we designate) of the month following the calendar month in which the additional services were provided. For your convenience, the Services Price Guide, which may change from time to time, lists many commonly requested services and their costs. If you require a service not shown in the Services Price Guide, such as postage, shipping labels, or courier or overnight delivery services, please ask a Center team member for the cost as it may include a convenience and administrative fee. Additional services are subject to the availability of our Center staff to accommodate such requests at the time each such request is made.

36. Office Set up Fee: An office set up fee of $75 will be charged per occupant.

37. Office Restoration Service Fee: A fee of $2.00 per square foot for each occupied office will be charged upon your departure or if you, at your option, choose to relocate to different rooms within the Center. Regus will charge this fee to cover normal cleaning and testing and to return each office to its original state. We reserve the right to charge additional reasonable fees for any repairs needed that are considered excessive in our opinion.

38. Business Continuity Service Fee: When you vacate your office, Regus invariably continues to receive your mail faxes, telephone calls, and visitors. Due to Regus's designation as a Commercial Mail Receiving Agency with the US Postal Service, Regus clients may not file a change of address form with the USPS when their agreement ends. As a result of this and in order to professionally manage the transition of these services, you will be charged a one-time Business Continuity Service Fee. This service lasts for three months after the agreement end date and is equivalent to three times the published monthly rates for our standard Virtual Office Program.

39. Late Payment Fee: If you do not pay fees when due, a service fee of $25 plus 5% penalty will be charged on all overdue balances under $1,000. For balances equal to or greater than $1,000 a fee of $50 plus 5% penalty will apply. If you dispute any part of an invoice you must pay the amount not in dispute by the due date or be subject to late fees. We also reserve the right to withhold services (including for the avoidance of doubt, denying you access to your accommodation) while there are any outstanding fees and interest or you are in breach of your agreement.

40. Insufficient Funds Fee: You will pay a fee of $50 or the maximum amount permitted by law for checks returned due to insufficient funds. Any other declined payment due to insufficient funds will be charged a fee of $50.

41. Retainer Maintenance Fee: Any retainers not claimed after 120 days will be charged a monthly $25 account maintenance fee.

**Liability**

42. Mail: You release us from any liability arising out of or incurred in connection with any mail or packages received on your behalf.

43. Force majeure: Regus shall not be held liable to you under this Agreement if it is prevented from, or delayed in, performing its obligations under this Agreement or from carrying on its business by acts, events, omissions or accidents beyond its reasonable control, including (without limitation): strikes; failure of a utility service or transport network; act of God, war, riot, civil commotion or malicious damage; disease or quarantine restrictions in compliance with any law or governmental order, rule, regulation or direction; accident, fire, flood or storm; or default of suppliers or subcontractors. Regus' obligation to perform its obligations shall be suspended during the period required to remove such force majeure event. Regus shall notify you as soon as reasonably possible of the force majeure event and propose a suitable alternative accommodation (if any) in the same Business Center or in another available business center.

**IT and Technology Policy**

44. INTRODUCTION

*This Policy forms part of the RegusNet IT Connectivity Order and complements the Services Agreement referenced therein whereby Client has contracted for serviced office space and wishes to use Regus Telecommunication and Internet connectivity services and equipment;*

**Regus is considered a DSP (downstream service provider), which means Regus provides a personalized managed connection to the Internet. The Internet access service is branded RegusNet.**

**Description for RegusNet Service:**
**RegusNet**

The RegusNet service provides clients with a Business Class Internet connection designed for email, web browsing, and the occasional upload/download of data. The RegusNet service is a Shared Bandwidth service with other individual Regus clients within the same Regus office building. The service does not provide clients with the following capability:

- The ability to run "site to site" VPN connections.
- The ability to run VoIP based telephony services.
- The ability to run any Bandwidth intensive applications or Web accessible server based solutions (e.g. an FTP, Mail, or Web server).

Should a client require any of the above types of access, or has a requirement for a fixed amount of Bandwidth available to them, then RegusNet Dedicated provides all of this functionality and capability.

**RegusNet Dedicated**

Regus can provide clients with dedicated Internet Access connectivity in increments of 1mg. This provides an uncontended, symmetrical connection of the selected client bandwidth. The service includes 2 public IP addresses with the ability to purchase and deploy additional IP addresses.

The service provides clients with the following capability:

- The service allows clients to run Bandwidth intensive applications and/or Web accessible server based solutions (e.g. an FTP, Mail, or Web server).
- The service allows clients to run "site to site" VPN connections.
- The ability to run VoIP based telephony services.
- Clients are also able to deploy their own "firewall" to manage their own LAN and VPN connections should they wish to do so.

All commercial terms and conditions for the above services are covered in the Regus services price guide.

No representation or warranty of any kind is made by Regus as to specific standards or compliance with security or data-protection levels. Likewise, any warranty relative to performance of spam filters is expressly disclaimed.

44.1 - Regus Internet and Telecommunications Policy

44.1.1. Content. Clients acknowledge that Regus does not monitor the content of information transmitted through Regus' telecommunications lines or equipment, which includes, but is not limited to, Internet access, telephone, fax lines and data lines ("Telecommunications Lines"). Client further acknowledges that Regus is merely providing a conduit for Client's Internet transmissions, similar to a telephone company, and that Regus accepts no liability for the content of transmissions by its clients.

44.1.2. Restrictions. The Regus Internet access (RegusNet) may be used only for lawful purposes and shall not be used in connection with any criminal or civil violations of state, federal, or international laws, regulations, or other government requirements. Such violations include without limitation theft or infringement of copyrights, trademarks, trade secrets, or other types of intellectual property; fraud; forgery; theft or misappropriation of funds, credit cards, or personal information; violation of export control laws or regulations; libel or defamation; threats of physical harm or harassment; or any conduct that constitutes a criminal offence or gives rise to civil liability. Clients are responsible for maintaining the basic security and virus protection of their systems to prevent their use by others in a manner that violates this Agreement. Customers are responsible for taking corrective actions on vulnerable or exploited systems to prevent continued abuse

44.1.3. RegusNet Access - Per User Basis. Regus grants client access to the RegusNet on a per user access basis. In the event of a client increasing the number of users by utilizing a proxy server or by other means, Client agrees to pay the Regus fee for each user which accesses RegusNet, either directly or through a proxy server.

44.1.4. Unauthorized Access. In no event may a client increase its authorized access points to the Telecommunications/Data lines and equipment by means of wire splitting or any other method including unsecured wireless devices. In the event of a client breaching paragraph 1.3 (Access User Basis), above, or this paragraph, Regus may disconnect all of a client's access to the Telecommunications/Data lines upon three (3) business days prior written notice to the client. The client shall pay all Regus fees for any unauthorized Telecommunications/Data Lines use upon invoice from Regus. Regus shall have no obligation to reconnect the client to the Telecommunications/Data Lines until such fees have been paid in full and the client has ceased to make unauthorized access.

44.1.5. Client Installed Telecommunications Lines. It is part of the Regus business model to provide Telecommunications Lines and equipment to its clients. Clients may not bypass the use of the Regus Telecommunications Lines and equipment by installing its own direct Telecommunications Lines. On a case by case basis and at Regus' sole discretion. Regus may grant client authorization to install direct Telecommunications Lines upon written request by the client. This permission will only be granted upon execution of a Regus By-

Pass Agreement by Client, which may, without limitation, require Client to make a monthly payment of a direct access fee as set by Regus which will be equal to the monthly RegusNet fee, the Telecoms package fee or both.

44.1.6. Security Violations. Clients are prohibited from engaging in any violations of system or network security. The RegusNet Internet access may not be used in connection with attempts - whether or not successful - to violate the security of a network, service, or other system. Examples of prohibited activities include, without limitation hacking, cracking into, monitoring, or using systems without authorization; scanning ports; conducting denial of service attacks; and distributing viruses or other harmful software. Regus reserves the right to suspend RegusNet Internet access upon notification from a recognized Internet authority or ISP regarding such abuse. We may disconnect your equipment and withhold services if we consider that your hardware or software is, or has become, inappropriate for connection to our network or otherwise violates these Rules.

44.1.7. Clients are responsible for their own virus protection on their systems and hardware and are expected to keep the AV software current with the latest virus definition files.

44.1.8. RegusNet services are only available at Regus business centers and connection to our network is only permitted at those centers or via Regus provided services. Clients must not create any links between our network and any other network or any telecommunications service without our consent.

44.1.9. Regus requests that all clients will provide, as and when requested by us, documentation and personnel information as we may reasonably require to assist in the provision of the services.

44.1.10. Revisions to this Policy. Regus may modify this Policy at any time, with or without notice.

44.1.11. Special Requirements - Clients using their own wireless access points require written approval from Regus, prior to implementation and is only an option in locations where Regus does not currently offer Wireless Service. When Regus deploys Wireless services, the Client Wireless solution will need to be removed fully as to not interfere with Regus WiFi solution. Wireless accounts on the Regus WiFi solution will be made available to users of the Client who subscribe to either RegusNet or RegusNet Dedicated. The use of a clients own wireless router will result in a service charge based upon the total number of contracted work stations in a clients designated office space.

44.1.12 VOIP phones or softphones (PC based VoIP applications) are not allowed on the RegusNet Service. They are only allowed on RegusNet Dedicated, with Regus IT approval.

44.1.13 Video conferencing services are not allowed on the RegusNet Service. This is only allowed on RegusNet Dedicated, with Regus IT approval.

44.1.14 DISCLAIMER OF LIABILITY FOR THIRD PARTY PRODUCTS - As part of its services to Client, Regus may provide third party Internet access and computer hardware and software ("Third Party Services"). REGUS DISCLAIMS ANY AND ALL LIABILITY, INCLUDING ANY EXPRESS OR IMPLIED WARRANTIES, WHETHER ORAL OR WRITTEN, FOR SUCH THIRD PARTY SERVICES. CLIENT ACKNOWLEDGES THAT NO REPRESENTATION HAS BEEN MADE BY REGUS AS TO THE FITNESS OF THE THIRD PARTY SERVICES FOR CLIENT'S INTENDED PURPOSE.

44.1.15 DISCLAIMER OF LIABILITY FOR CLIENT EQUIPMENT - ALL CLIENT EQUIPMENT STORED IN THE REGUS TELECOMMUNICATIONS ROOM IS STORED AT CLIENT'S OWN RISK. REGUS DISCLAIMS ANY AND ALL LIABILITY FOR SUCH EQUIPMENT AND SHALL NOT BE LIABLE FOR ANY LOSSES OR DAMAGE TO SUCH EQUIPMENT.

44.1.16 DISCLAIMER OF CONSEQUENTIAL DAMAGES FROM LOSS OF SERVICE - Regus does not provide any service level agreement to our clients in regard to provision or loss of service for its RegusNet services. Regus shall not be liable for any indirect, special, incidental, punitive, or consequential damages, including lost profits, arising out or resulting from any loss of service or degradation of connectivity / access to the Internet with this Agreement, even if the other party has been advised of the possibility of such damages. The foregoing shall apply, to the fullest extent permitted by law, regardless of the negligence or other fault of either party.

44.1.17 DISCLAIMER OF CONSEQUENTIAL DAMAGES - Regus shall not be liable for any indirect, special, incidental, punitive, or consequential damages, including lost profits, arising out or resulting from this Agreement even if the other party has been advised of the possibility of such damages. The foregoing shall apply, to the fullest extent permitted by law, regardless of the negligence or other fault of either party.

**USPS Regulations**

45. You acknowledge that REGUS will comply with the USPS regulations regarding your mail. You must also comply with all USPS regulations. Failure to comply will result in immediate termination of this Agreement.

46. If this Agreement is for a Mailbox Plus program, you must complete a separate U.S. Postal Service Form 1583 ("Form 1583") to receive mail and/or packages at the Center. You acknowledge that this Agreement and Form 1583 may be disclosed upon request of any law enforcement or other governmental agency, or when legally mandated. You must use the exact mailing address, inclusive of the Private Mailbox designation, without modification as set forth in Section Three (3) of Form 1583. Your mail must bear a delivery address that contains at least the following elements, in this order, (i) Intended addressee's name or other identification, (ii) Street number and name, (iii) secondary address, (iv) "PMB" or # and your designated PMB number, and (v) City, State and ZIP Code (5-digit or ZIP+4). USPS may return mail to the sender without a proper address. You agree not to file a change of address form with the US Post Office when your agreement ends.

# EXHIBIT D

# Your guide to our services

Recharge

## Here's what is already included in your Regus office:

### Your Furnishings

✓ Your offices come equipped with high-quality ergonomic furniture from leading manufacturers

✓ Freshly decorated, complete with artwork, so you enjoy a comfortable and productive environment from the start

### Your Utilities

✓ We take care of all the utility bills including electricity, water, heating, and air conditioning, so you don't have to worry about a monthly bill

### Your Common Areas

✓ All areas are maintained for your use including a welcoming lobby area, a fully equipped kitchen and business lounge. These are of no additional cost to you

### Your Facilities Management

✓ From security to cleaning, there are hundreds of vendors that service the average office

✓ We work with these vendors to deliver the lowest prices so we can pass the saving directly to you

✓ Your mail will be sorted and delivered to you daily, free of charge

### Your Support Team

✓ A welcoming reception for you and your visitors

✓ Highly qualified service and admin staff are on hand to support your business on a daily basis

✓ Our center manager will co-ordinate all details of your move to ensure a smooth transition

### Value Added Services

✓ Exclusive travel discounts through American Express Travel Services

✓ Better rates on business purchases through our Purchasing Group

✓ If you are traveling, you can drop in to one of our 1100 business lounges worldwide with your complimentary business**world** gold membership

✓ You can move your office to any Regus location without penalty

Regus
Work your way

# Optional services to complete your office

## Your IT and Connectivity — $99 Per person per month

**Regus IT – business-class IT solutions including:**

- ✓ Fully managed and supported firewall
- ✓ Complimentary WiFi access in any Regus location
- ✓ Direct high speed Internet connection
- ✓ Connect to our LAN infrastructure using a Cat 5/6e cabling
- ✓ Maintained infrastructure with managed service levels, air-conditioned comms room and the latest Cisco equipment

**Dedicated Bandwidth**

- ✓ Upgrade to your own dedicated bandwidth for more speed and greater flexibility. Available from 1Mbps to 100Mbps — Price on request

## Your Phone System — $149 Per person per month

**The latest fully managed phone systems including:**

- ✓ Modern digital PBX system that can route your calls wherever you work
- ✓ Audioconferencing facility on your handset
- ✓ 24/7 voicemail and access to fax services
- ✓ Your telecoms infrastructure managed and maintained 24/7
- ✓ Two business lines per person, providing you with a direct and rollover line

## The Value Bundle: $199 Per person per month

Save 20% when you combine IT and Phone services together*

## Save 10%

when you purchase services for 6-10 users

## Save 20%

when you purchase services for 11 or more users

## Free Talk — $49 Per person per month

Unlimited local and long-distance calls throughout the USA

## Other Support Services — Pay as you use

| Printing and Copying: | 1-500 | 501-1000 | 1001-2000 | 2000+ |
|---|---|---|---|---|
| Black & White Pages | $0.15 | $0.12 | $0.09 | $0.06 |
| Color Pages | $0.99 | $0.79 | $0.69 | $0.59 |

| | |
|---|---|
| Scanning | $0.50 per page |
| Administrative Support | From $8 per 15 min. increments |
| Graphics and Spreadsheets | From $13.75 per 15 min. increments |

## Kitchen Amenities (required) — $30 Per person per month

A fully stocked kitchen serving unlimited Alterra gourmet hot beverages for you and your guests

## Your Set-up Services (required)

**Getting you ready**

Provision of keys, access cards, security system programming, cleaning and other services prior to move in — One time charge only $75 per person

**Getting you connected (applies to technology services only)**

Activation of phone and Internet ports, programming of switchboard, line changes within the comms room, and liaison with the phone company so you don't have to — Equivalent to a month's fee

Prices are correct at time of printing and are subject to change. Not all services available in all locations. * Excludes dedicated bandwidth.