|   |   |
|---|---|
| **GAROFOLO LAW GROUP, P.C.**<br>Joseph A. Garofolo, State Bar No. 214614<br>E-mail: jgarofolo@garofololaw.com<br>22 Battery St., Suite #1000<br>San Francisco, CA 94111<br>Telephone: (415) 981-8500<br>Facsimile: (415) 981-8870 | **ARI LAW, P.C.**<br>Ali Aalaei, California Bar No. 254713<br>E-mail: ali@arilaw.com<br>Bo Zeng, California Bar No. 281626<br>E-mail: bozeng@arilaw.com<br>22 Battery Street, Suite #1000<br>San Francisco, CA 94111<br>Telephone: (415) 357-3600<br>Facsimile: (415) 357-3602 |

Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC, METRO TALENT, LLC, and CTNY INSURANCE GROUP LLC

**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel Thomas Rockey, California Bar No. 178604
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:     (415) 675-3434
Email:           klmarshall@bryancave.com
                      meryl.macklin@bryancave.com
                      daniel.rockey@bryancave.com

Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC, REGUS BUSINESS CENTRE, LLC, REGUS plc, and HQ GLOBAL WORKPLACES LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REGUS MANAGEMENT GROUP, LLC, et al.,<br><br>Defendants. | Case No. 3:12-CV-04000 SC<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE** |

## STIPULATION

Pursuant to Civil L.R. 16-2 and the Clerk's Notice (Doc. 64) setting the Case Management Conference for March 15, 2013 at 10:00 A.M., Plaintiffs Circle Click Media LLC, Metro Talent, LLC, and CTNY Insurance Group LLC (collectively, "Plaintiffs") and Defendants Regus Management Group, LLC, Regus Business Centre, LLC, Regus plc, and HQ Global Workplaces LLC (collectively, "Defendants") hereby stipulate and request that the Court continue the Case Management Conference until March 22, 2013, or as soon thereafter as is convenient for the Court. Should the Court grant the parties' stipulation and request, the parties further stipulate and request that the Joint Case Management Conference Statement be permitted to be filed seven days prior to the rescheduled Case Management Conference.

Pursuant to leave of the Court and a stipulation between the parties extending the date for Plaintiffs to file a second amended complaint granted by the Court (Doc. 62), Plaintiffs filed their Second Amended Complaint (Doc. 65) on February 11, 2013. Pursuant to the same stipulation, Defendants may file their answer or other response by March 4, 2012.

Plaintiffs' lead counsel currently has a conflict due to the scheduling of two case management conferences on March 15, 2013. In addition to the Case Management Conference in the instant action, a case management conference has been scheduled on the same day at 10:30 A.M. in Case No. C-12-5076-RMW pending before the Honorable Judge Ronald M. Whyte in the United States District Court for the Northern District of California, San Jose Division. Plaintiffs' lead counsel in the instant case, Joseph A. Garofolo, is also lead counsel in Case No. C-12-5076-RMW and, due to scheduling difficulties of his co-counsel, the case management conference in Case No. C-5076-RMW cannot be rescheduled to a date in close proximity to March 15, 2013. Accordingly, the parties hereby stipulate and request that the Court continue the Case Management Conference in the instant case until March 22, 2013, or as soon thereafter as is convenient for the Court.

/ / /

/ / /

/ / /

This is the first request for a continuance of the Case Management Conference. The parties do not believe that the request will have any effect on the overall schedule for this case.

IT IS SO STIPULATED.

Dated: February 27, 2013

**GAROFOLO LAW GROUP, P.C.**

By: /s/ Joseph A. Garofolo
Joseph A. Garofolo
Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC, METRO TALENT, LLC, and CTNY INSURANCE GROUP LLC

**BRYAN CAVE LLP**

By: _____
K. Lee Marshall
Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC, REGUS BUSINESS CENTRE, LLC, REGUS plc, and HQ GLOBAL WORKPLACES LLC

### ORDER

Pursuant to the Stipulation, and good cause appearing, the Court orders as follows:

The Case Management Conference is rescheduled for March 22, 2013 at 10:00 A.M. The parties are to file one Joint Case Management Statement seven days prior to the Conference.

IT IS SO ORDERED.

Dated: 02/28, 2013

_____
UNITED STATES DISTRICT JUDGE
Judge Samuel Conti