1  **BRYAN CAVE LLP**
   K. Lee Marshall, California Bar No. 277092
2  Meryl Macklin, California Bar No. 115053
   Daniel Thomas Rockey, California Bar No. 178604
3  Stephanie Blazewicz, California Bar No. 240359
   Bahareh Wullschleger, California Bar No. 258903
4  560 Mission Street, 25th Floor
   San Francisco, CA 94105
5  Telephone:   (415) 675-3400
   Facsimile:   (415) 675-3434
6
   Attorneys for Defendants
7  REGUS MANAGEMENT GROUP, LLC, REGUS
   BUSINESS CENTRE, LLC, REGUS plc, and HQ
8  GLOBAL WORKPLACES LLC

9
   **GAROFOLO LAW GROUP, P.C.**                **ARI LAW, P.C.**
10 Joseph A. Garofolo, State Bar No. 214614      Ali Aalaei, California Bar No. 254713
   E-mail: jgarofolo@garofololaw.com             E-mail: ali@arilaw.com
11 Kelly A. Weekes, State Bar No. 269959         Bo Zeng, California Bar No. 281626
   E-mail: kweekes@garofololaw.com               E-mail: bozeng@arilaw.com
12 22 Battery St., Suite #1000                   22 Battery Street, Suite #1000
   San Francisco, CA 94111                       San Francisco, CA 94111
13 Telephone: (415) 981-8500                     Telephone: (415) 357-3600
   Facsimile: (415) 981-8870                     Facsimile: (415) 357-3602
14
   Attorneys for Plaintiffs
15 CIRCLE CLICK MEDIA LLC, METRO TALENT
   LLC, and CTNY INSURANCE GROUP LLC

16

17                       **UNITED STATES DISTRICT COURT**

18                       **NORTHERN DISTRICT OF CALIFORNIA**

19

20 | CIRCLE CLICK MEDIA LLC, a California limited liability company; METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and others similarly situated, | Case No. 3:12-CV-04000 SC |
|---|---|
| Plaintiffs, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| REGUS MANAGEMENT GROUP, LLC, a Delaware limited liability company; REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS PLC, a Jersey, Channel Islands, public limited company; HQ GLOBAL | |

| | |
|---|---|
| 1 | WORKPLACES LLC, a Delaware limited liability company; and DOES 1-50, |
| 2 | |
| 3 | Defendants. |

**STIPULATION**

Pursuant to Civil L.R. 6-2, 7-12, and 16-10, Plaintiffs Circle Click Media LLC, Metro Talent, LLC, and CTNY Insurance Group LLC (collectively, "Plaintiffs") and Defendants Regus Management Group, LLC, Regus Business Centre, LLC, Regus plc, and HQ Global Workplaces LLC (collectively, "Defendants") hereby stipulate and request that the Case Management Conference, currently set for September 13, 2013, be continued to December 13, 2013, at 10:00 A.M.

Defendants requested that Plaintiffs stipulate to continue the Case Management Conference and Defendants seek relief from Civil L.R. 6-1(b) in bringing this stipulated request eight days before the September 13, 2013 Case Management Conference. (*Id.* at ¶ 4).

Defendants filed their Counterclaims (Doc. 78) on May 6, 2013. Plaintiffs filed motions to dismiss (Docs. 81 and 82), which the Court granted in part and denied in part pursuant to its Order dated August 13, 2013 (Doc. 90). Defendants' First Amended Counterclaims are due on September 12, 2013. Plaintiffs' answer or other response would be due on September 26, 2013; however, the parties stipulate and request that Plaintiffs' answer or other response be due on October 3, 2013. (*See* Declaration of Stephanie A. Blazewicz ¶ 3 filed concurrently herewith). Plaintiffs currently intend to file one or more Fed. R. Civ. P. 12 motions in response to some or all of the First Amended Counterclaims. (*Id.*).

The parties believe that judicial economy may be achieved by continuing the Case Management Conference currently set for September 13, 2013 to December 13, 2013, which would allow time for Plaintiffs to file and the Court to hear any motion to dismiss the Amended Counterclaims. (*See id.* at ¶ 5). The parties request that they be permitted to file an updated joint Case Management Statement by December 6, 2013 (seven days prior to the requested date for the

continued Case Management Conference).

Defendants' counsel has confirmed with the Court that December 13, 2013, at 10:00 A.M., is available for a Case Management Conference.  (*See id.* at ¶ 6).

This is the third request for a continuance of the Case Management Conference.  (*Id.* at ¶ 7).  The parties do not believe that the requested continuance will have any effect on the overall schedule for this case.  (*Id.* at ¶ 8).

IT IS SO STIPULATED.

Dated: September 5, 2013  **BRYAN CAVE LLP**

By:   /s/ Stephanie A. Blazewicz
Stephanie A. Blazewicz
Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC, REGUS BUSINESS CENTRE, LLC, REGUS plc, and HQ GLOBAL WORKPLACES LLC

**GAROFOLO LAW GROUP, P.C.**

By:   /s/ Joseph A. Garofolo
Joseph A. Garofolo
Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC, METRO TALENT, LLC, and CTNY INSURANCE GROUP LLC

**[PROPOSED] ORDER**

Pursuant to the Stipulation, and good cause appearing, the Court orders that the Case Management Conference currently set for September 13, 2013, is continued to December 13, 2013, at 10:00 A.M. The parties shall file an updated joint Case Management Statement no later than December 6, 2013.

The Court further orders that Plaintiffs may file an answer or other response on or before October 3, 2013.

IT IS SO ORDERED.

Dated: September 10, 2013

_____
UNITED STATES DISTRICT JUDGE
Judge Samuel Conti