**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel Thomas Rockey, California Bar No. 178604
Christopher J. Schmidt, *admitted pro hac vice*
Stephanie Blazewicz, California Bar No. 240359
Bahareh Wullschleger, California Bar No. 258903
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC, REGUS
BUSINESS CENTRE, LLC, REGUS plc, and HQ
GLOBAL WORKPLACES LLC

**GAROFOLO LAW GROUP, P.C.**
Joseph A. Garofolo, California Bar No. 214614
E-mail: jgarofolo@garofololaw.com
90 New Montgomery St., Suite #905
San Francisco, CA 94105
Telephone: (415) 981-8500
Facsimile: (415) 981-8870

Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC, METRO
TALENT, LLC, and CTNY INSURANCE
GROUP LLC

**ARI LAW, P.C.**
Ali Aalaei, California Bar No. 254713
E-mail: ali@arilaw.com
Bo Zeng, California Bar No. 281626
E-mail: bozeng@arilaw.com
90 New Montgomery St., Suite #905
San Francisco, CA 94105
Telephone: (415) 357-3600
Facsimile: (415) 357-3602

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company; METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGUS MANAGEMENT GROUP, LLC, a Delaware limited liability company; REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS PLC, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited | Case No. 3:12-CV-04000 SC<br><br>**STIPULATION TO FURTHER AMEND REGUS MANAGEMENT GROUP, LLC'S COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2)** |

1  liability company; and DOES 1-50,
2  Defendants.
3
4

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs and Counterclaim-Defendants Circle Click Media LLC, Metro Talent, LLC, and CTNY Insurance Group LLC (collectively, "Plaintiffs") and Defendant and Counterclaim-Plaintiff Regus Management Group, LLC ("Defendant") hereby stipulate and agree that Defendant will file a Second Amended Counterclaim to address the points raised in Plaintiffs' counsel's September 23, 2013 email to Defendant's counsel.

Defendant filed its Counterclaims (Doc. 78) on May 6, 2013. Plaintiffs filed motions to dismiss (Docs. 81 and 82), which the Court granted in part and denied in part pursuant to its Order dated August 13, 2013 (Doc. 90). Defendant's First Amended Counterclaims were filed on September 12, 2013. Plaintiffs' answer or other response to the First Amended Counterclaims is currently due on October 3, 2013, pursuant to prior stipulation of the parties.

Defendant will file its Second Amended Counterclaims by no later than October 3, 2013. Plaintiffs will file their answer or other response pursuant to Federal Rule of Civil Procedure 15(a)(3).

IT IS SO STIPULATED.

Dated: September 26, 2013          **BRYAN CAVE LLP**

By: ___/s/ K. Lee Marshall___
K. Lee Marshall
Attorneys for Defendant
REGUS MANAGEMENT GROUP, LLC

/ / /

/ / /

---

STIPULATION TO FURTHER AMEND COUNTERCLAIMS
Case No. 3:12-CV-04000 SC

|   |   |
|---|---|
| 1 |   |
| 2 | **GAROFOLO LAW GROUP, P.C.**<br>**ARI LAW, P.C.** |
| 3 |   |
| 4 | By: _____<br>Bo Zeng |
| 5 | Attorneys for Plaintiffs<br>CIRCLE CLICK MEDIA LLC, METRO TALENT, |
| 6 | LLC, and CTNY INSURANCE GROUP LLC |



10/2/2013

IT IS SO ORDERED

Judge Samuel Conti

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION TO FURTHER AMEND COUNTERCLAIMS
Case No. 3:12-CV-04000 SC