IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al., ) | Case No. 12-04000 SC |
| ) | |
| Plaintiffs, ) | ORDER RE: AMENDMENT OF |
| ) | <u>PLAINTIFFS' COMPLAINT</u> |
| v. ) | |
| ) | |
| REGUS MANAGEMENT GROUP LLC, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

This Order clarifies the Court's statements at today's status conference. If Plaintiffs intend to file an amended pleading adding additional plaintiffs, Plaintiffs shall file a motion for leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2) within thirty (30) days of the signature date of this Order. This motion shall be briefed in accordance with Civil Local Rule 7. Pursuant to Civil Local Rule 7-3, Defendants shall have fourteen (14) days to respond to Plaintiffs' motion, and Plaintiffs shall have seven (7) days to file a reply. Plaintiffs shall contact the Clerk about obtaining a hearing date for their motion.

IT IS SO ORDERED.

December 13, 2013

_____
UNITED STATES DISTRICT JUDGE