IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al., | Case No. 12-04000 SC |
| Plaintiffs, | ORDER RE: MOTION TO SEAL |
| v. | |
| REGUS MANAGEMENT GROUP LLC, et al., | |
| Defendants. | |

Now pending before the Court is Plaintiffs' administrative motion to file under seal. ECF No. 124. Defendant has stipulated to the motion. The sole reason offered for sealing the documents at issue is that they have been designated "confidential" pursuant to a stipulated protective order. This is insufficient. A document is not sealable merely because it has been marked confidential. See Civ. L.R. 79-5(a) ("A stipulation, or a blanket protective order that allows a party to designate documents as sealable, will not suffice to allow the filing of documents under seal.").

Within seven (7) days of the signature date of this Order, one or both parties may file a supplemental brief regarding the pending motion to seal. The brief shall describe the information that is subject to the pending motion to seal and offer a cogent explanation as to why that information is protectable. To the extent that Defendants intend to argue that the relevant information is a trade secret, they should submit a declaration from an officer, director, or employee explaining why the information is valuable and how the information is kept in the ordinary course of business. If neither party files a supplemental brief by the deadline set forth above, the pending motion shall be denied. Going forward, no motion to seal will be granted unless a moving paper or response is filed that meets these requirements.

IT IS SO ORDERED.

January 28, 2014

_____
UNITED STATES DISTRICT JUDGE