IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al., ) | Case No. 12-04000 SC |
| ) | |
| Plaintiffs, ) | ORDER DENYING MOTION TO |
| ) | <u>SEAL</u> |
| v. ) | |
| ) | |
| REGUS MANAGEMENT GROUP LLC, et ) | |
| al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

   Now pending before the Court is Plaintiffs' administrative motion to file under seal a document produced by Defendants, as well as references to that document in Plaintiffs' proposed third amended complaint.  ECF No. 124.  The Court ordered one or both parties to submit supplemental briefing specifying why the subject information should be sealed.  ECF No. 128.  Defendant responded to the Order by indicating that it has no objection to the information being filed in the public record.  Accordingly, Plaintiffs' motion to seal is DENIED.

   IT IS SO ORDERED.

   February 12, 2014                    _____
                                         UNITED STATES DISTRICT JUDGE