UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>REGUS MANAGEMENT GROUP LLC, et al.,<br><br>    Defendants. | Case No. 12-cv-04000-SC   (JSC)<br><br>**ORDER ON JOINT LETTER BRIEFS 1 AND 2**<br><br>Re: Dkt. Nos. 159, 161 |

On March 27, 2014, the Court held a hearing on the discovery disputes set forth in Joint Letter Brief Nos. 1 and 2 (Dkt. Nos. 159, 161). Upon consideration of Joint Letter Brief Nos. 1 and 2 and the related exhibits, the oral argument of counsel, and the parties' competing proposed orders and related filings (Dkt. No. 172), the Court **ORDERS** that Plaintiffs' request for relief set forth in Joint Letter Brief Nos. 1 and 2 is **GRANTED** in part and **DENIED** in part. Specifically, the Court **GRANTS** the following with respect to Plaintiffs' First Request for Production of Documents:

1. RFP Nos. 3-5, 7-9. Defendants to produce the names of the officers and directors since 2006 for all intervening entities between Regus plc and the other defendants in the action, and the same information for the entities listed in RFP Nos. 3-5 and 7-9. Defendants to produce the articles of organization for the entities listed in RFP Nos. 3-5.

2. RFP Nos. 12-13. Defendants to produce documents sufficient to show any travel by Dominique Yates and Mark Dixon to California since 2006 in any Regus Group capacity.

3. RFP Nos. 24, 26, 28-30. Defendants to produce all Regus plc service agreements, to the extent they exist. Defendants to produce any Regus Business World service

agreements with any Defendant, to the extent they exist.

4. <u>RFP Nos. 18-20</u>.  Defendants to produce one response to a user submission form from the regus.com website from each of the three following time periods:  (1) September 2010 to March 2011, (2) April 2011 to October 2011, and (3) October 2011 to May 2012.

5. <u>Metadata</u>.  Defendants to produce author, creation date, and custodian metadata fields, to the extent they exist, for all versions of the following documents already produced or produced in response to this Order:

    a. Office Agreements, House Rules, Services Price Guides, and Terms & Conditions;
    b. North America Standard Operating Procedures;
    c. U.S. Employee Handbook;
    d. Services agreements.

6. In all other respects, Plaintiffs' requested relief in Joint Letter Brief Nos. 1 and 2 is **DENIED.**

**IT IS SO ORDERED.**

Dated: April 16, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge