1 | **GAROFOLO LAW GROUP, P.C.**  **ARI LAW, P.C.**
Joseph A. Garofolo, California Bar No. 214614    Ali Aalaei, California Bar No. 254713
2 | E-mail: jgarofolo@garofololaw.com    E-mail: ali@arilaw.com
90 New Montgomery Street, Suite 905    90 New Montgomery Street, Suite 905
3 | San Francisco, CA 94105    San Francisco, CA 94105
Telephone: (415) 981-8500    Telephone: (415) 357-3600
4 | Facsimile: (415) 981-8870    Facsimile: (415) 357-3602

5 | Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC and CTNY
6 | INSURANCE GROUP LLC

7 |

8 | **BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
9 | Meryl Macklin, California Bar No. 115053
Daniel Thomas Rockey, California Bar No. 178604
10 | Stephanie Blazewicz, California Bar No. 240359
Bahareh Wullschleger, California Bar No. 258903
11 | 560 Mission Street, 25th Floor
San Francisco, CA 94105
12 | Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
13 | Email:    klmarshall@bryancave.com
         meryl.macklin@bryancave.com
14 |          daniel.rockey@bryancave.com
         stephanie.blazewicz@bryancave.com
15 |          bahareh.wullschleger@bryancave.com

16 | Christopher J. Schmidt (pro hac vice)
211 N. Broadway, Suite 3600
17 | St. Louis, MO 63102
Telephone:    (314) 259-2616
18 | Facsimile:    (314) 552-8616
Email:    cjschmidt@bryancave.com
19 |
Attorneys for Defendants
20 | REGUS MANAGEMENT GROUP, LLC, REGUS
BUSINESS CENTRE, LLC, REGUS plc, and HQ
21 | GLOBAL WORKPLACES LLC

22 |

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:12-CV-04000 SC (JSC)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REGUS MANAGEMENT GROUP, LLC, et al.,<br><br>Defendants. | Case No. 3:12-CV-04000 SC (JSC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFFS TO FILE THEIR OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS REGUS PLC FOR LACK OF PERSONAL JURISDICTION AND FOR DEFENDANT REGUS PLC TO FILE ITS REPLY THERETO** |

(PROPOSED struck through)

**STIPULATION**

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs Circle Click Media LLC and CTNY Insurance Group LLC (collectively, "Plaintiffs") and Defendants Regus Management Group, LLC, Regus Business Centre, LLC, Regus plc, and HQ Global Workplaces LLC (collectively, "Defendants") hereby stipulate and request that the time for Plaintiffs to file their opposition to Defendant's Renewed Motion to Dismiss Regus plc for Lack of Personal Jurisdiction ("Motion") (Doc. 180) be enlarged from July 9, 2014, until, and including, July 18, 2014, and that the time for Defendant to reply be enlarged from seven calendar days to ten calendar days such that Defendant Regus plc's reply would be due by, and including, July 28, 2014.

This is a putative class action brought on behalf of California and New York classes alleging, *inter alia*, unfair business practices. (*See* Joint Case Management Statement (Doc. 116) at 1-2). On June 25, 2014, Defendant Regus plc filed its Motion along with three declarations and evidentiary submissions. (Declaration of Joseph A. Garofolo ¶ 3 filed concurrently herewith). Plaintiffs request a nine-day enlargement due to pretrial preparation anticipated in another federal case pending in this jurisdiction currently set for trial in August of 2014, wherein Plaintiffs' lead counsel also serves as lead counsel in that case. (*Id.* at ¶ 4). Defendant requests a modest

1  enlargement of the time to file its reply from seven days to ten days so that counsel has sufficient
2  time to review and reply to Plaintiffs' opposition. (*See id.* at ¶ 5).
3      This is the first request for an enlargement of the time for Plaintiffs to file an opposition to
4  Defendant's Motion and the first request for an enlargement of time for Defendant to file a reply.
5  (*Id.* at ¶ 6).
6      The parties do not believe that the requested enlargement will have any effect on the
7  overall schedule for this case as the hearing on Defendant's Motion is calendared for September 5,
8  2014. (*See* Clerk's Notice Clarifying Briefing Schedule (Doc. 182); *id.* at ¶ 7).
9      IT IS SO STIPULATED.

10 Dated: July 1, 2014            **GAROFOLO LAW GROUP, P.C.**

11                                      By: /s/ Joseph A. Garofolo
12                                              Joseph A. Garofolo
                                   Attorneys for Plaintiffs
13                                    CIRCLE CLICK MEDIA LLC and CTNY
                                   INSURANCE GROUP LLC
14
15                                    **BRYAN CAVE LLP**

16                                    By: /s/ K. Lee Marshall
                                     K. Lee Marshall
17                                    Attorneys for Defendants
                                   REGUS MANAGEMENT GROUP, LLC, REGUS
18                                    BUSINESS CENTRE, LLC, REGUS plc, and HQ
                                   GLOBAL WORKPLACES LLC
19

20                                       **ORDER**

21     Pursuant to the Stipulation, and good cause appearing, the Court orders that Plaintiffs may
22 file their opposition to Defendant's Renewed Motion to Dismiss Regus plc for Lack of Personal
23 Jurisdiction by, and including, July 18, 2014, and Defendant may file its reply by, and including,
24 July 28, 2014.
25     IT IS SO ORDERED.
26 Dated: July 03, 2014

27                                    _____
28                                    UNITED STATES DISTRICT JUDGE

-2-
STIPULATION AND [PROPOSED] ORDER
Case No. 3:12-CV-04000 SC (JSC)