United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIRCLE CLICK MEDIA LLC, et al.,

          Plaintiffs,

    v.

REGUS MANAGEMENT GROUP LLC, et al.,

          Defendants.

Case No. 12-cv-04000-SC   (JSC)

**ORDER RE: DISCOVERY LETTER BRIEF**

Re: Dkt. No. 195

Now pending before the Court is a Joint Discovery Letter Brief wherein Plaintiffs seek to compel further responses to requests for the production of documents. (Dkt. No. 195.) Plaintiffs appear to identify three categories of documents as in dispute: (1) "executed Agreements for California tenants from May 8, 2008, to the present and for New York tenants from September 24, 2006,10 to the present"; "(2) all form versions, drafts, and revisions to form Office Agreements, Fine Print, House Rules, and Service Descriptions since January 1, 2003"; and (3) "all communications (including surveys, training presentations, and emails) by or between employees, officers, directors, consultants, in-house counsel, or any other Regus representatives" "referencing or relating to the form of the Agreement, Fine Print, House Rules, and Service Description since January 1, 2003." (Dkt.No. 195, p. 6.) The letter brief concludes by identifying each party's proposed compromise. Based on the parties' respective compromise statements, it is unclear what disputes, if any, remain regarding the documents sought.

Accordingly, on or before August 6, 2014, the parties shall file a joint statement of no more than two pages in length which clarifies what, if any, disputes remain. Plaintiffs shall provide Defendants with their written position regarding what issues remain in light of the parties' compromise positions by noon, August 4, 2014. Plaintiffs' statement shall clearly identify the

documents it seeks to compel in its compromise offer and which Defendants have refused to produce and the document request(s) said documents are responsive to.  Defendants shall provide Plaintiffs with their response by 9:00 a.m. August 6, 2014.  Plaintiffs shall combine these two statements into one document without altering their original statement, although Plaintiffs may add a one paragraph response to Defendants' statement as necessary, and file the document with the Court by the close of business August 6, 2014.

**IT IS SO ORDERED.**

Dated: July 31, 2014

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge