**GAROFOLO LAW GROUP, P.C.**
Joseph A. Garofolo, California Bar No. 214614
E-mail: jgarofolo@garofololaw.com
90 New Montgomery Street, Suite 905
San Francisco, CA 94105
Telephone: (415) 981-8500
Facsimile: (415) 981-8870

**ARI LAW, P.C.**
Ali A. Aalaei, State Bar No. 254713
E-mail: ali@arilaw.com
90 New Montgomery St., Suite 905
San Francisco, CA 94105
Tel:  415-357-3600
Fax:  415-357-3602

Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC and
CTNY INSURANCE GROUP LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC,  a California limited liability company; METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> REGUS MANAGEMENT GROUP, LLC, a Delaware limited liability company; REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS PLC, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1-50, <br><br> Defendants. | Case No. 3:12-CV-04000 SC (JSC) <br><br> **NOTICE OF CHANGE OF COUNSEL FOR PLAINTIFFS CIRCLE CLICK MEDIA LLC AND CTNY INSURANCE GROUP LLC AND [~~PROPOSED~~] ORDER** <br><br> Courtroom: 1, 17th Floor <br> Judge: Hon. Samuel Conti |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Joseph A. Garofolo, Esq. and Garofolo Law Group, P.C. hereby withdraw from the case as counsel of record for Plaintiffs Circle Click Media LLC and CTNY Insurance Group LLC with the consent of such Plaintiffs.  Joseph A. Garofolo withdraws from the case due to health concerns.  This Notice of Change of Counsel is filed pursuant to Civil L.R. 5-1(c)(2)(C) and Ali A. Aalaei with Ari Law, P.C. remains counsel of record for the Plaintiffs.

The Clerk's office is requested to make the changes to the docket and to the electronic notification system necessary to reflect the withdrawal of Joseph A. Garofolo, Esq. and Garofolo Law Group, P.C. as counsel of record for Plaintiffs Circle Click Media LLC and CTNY Insurance Group LLC.

DATED: August 13, 2014                    Respectfully submitted,

**ARI LAW, P.C.**

By: _Ali Aalaei_
Ali A. Aalaei

Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC and
CTNY INSURANCE GROUP LLC

**GAROFOLO LAW GROUP, P.C.**

By: /s/ Joseph A. Garofolo
Joseph A. Garofolo

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

**ORDER**

2      The Clerk's office shall make the changes to the docket and to the electronic notification

3  system necessary to reflect the withdrawal of Joseph A. Garofolo, Esq. and Garofolo Law Group,

4  P.C. as counsel of record for Plaintiffs Circle Click Media LLC and CTNY Insurance Group

5  LLC.

6

7      IT IS SO ORDERED.

8

9  Dated: August __18__, 2014

10 UNIT_____



Judge Samuel Conti

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28