UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>REGUS MANAGEMENT GROUP LLC, et al.,<br><br>           Defendants. | Case No. 12-cv-04000-SC  (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 221, 222 , 223 & 224 |

Now pending before the Court are a series of discovery disputes filed by the parties following the close of class certification discovery. (Dkt. Nos. 221, 222, 223 & 224.) These matters are set for a hearing on March 19, 2015 at 10:30 a.m. in Courtroom F, 450 Golden Gate Ave., San Francisco, California. Counsel for each party shall appear in person and be prepared to meet and confer in the Court's jury room for as long as it takes to resolve the outstanding disputes.

**IT IS SO ORDERED.**

Dated: March 12, 2015

_____
Jacqueline Scott Corley
United States Magistrate Judge