UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>REGUS MANAGEMENT GROUP LLC, et al.,<br><br>　　　　Defendants. | Case No.  12-cv-04000-SC   (JSC)<br><br>**ORDER RE: DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 221, 222 , 223, 224 & 226 |

　　　Now pending before the Court is a series of discovery disputes filed by the parties following the close of class certification discovery.  (Dkt. Nos. 221, 222, 223, 224 & 226.)  The matters came before the Court for hearing on March 19, 2015.  For the reasons stated on the record, the Court ruled on certain of the matters raised in these discovery disputes, and ordered the parties to meet and confer as to the remaining.  The parties were to return to Court at 2:00 p.m. following their meet and confer to the extent that any disputes remained.  The parties did not appear at that time.

　　　All of the matters raised in the discovery disputes thus having been resolved; this disposes of Docket Nos. 221, 222, 223, 224 and 226.

　　　**IT IS SO ORDERED.**

Dated: March 20, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jacqueline Scott Corley
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge