1  **ARI LAW, P.C.**
   Ali A. Aalaei, State Bar No. 254713
2  Craig P. Ramsdell, State Bar No. 303942
   Alyce W. Foshee, State Bar No. 300148
3  90 New Montgomery Street, Suite 905
4  San Francisco, CA 94105
   Tel.: (415) 357-3600
5  Fax: (415) 357-3602
   E-mail: ali@arilaw.com
6  E-mail: cramsdell@arilaw.com
7  E-mail: alyce.foshee@arilaw.com

8  **LAW OFFICES OF S. CHANDLER VISHER**
   S. Chandler Visher, State Bar No. 52957
9  44 Montgomery Street, Suite 3830
   San Francisco, CA 94104
10 Tel.: (415) 901-0500
   Fax: (415) 901-0504
11 E-mail: chandler@visherlaw.com

12
   Attorneys for Plaintiffs
13 CIRCLE CLICK MEDIA LLC and CTNY INSURANCE GROUP LLC

14                     **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16                          **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17  CIRCLE CLICK MEDIA LLC, a California limited liability company; METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated, | Case No. 3:12-CV-04000 SC  **[~~PROPOSED~~] ORDER EXTENDING BRIEFING DEADLINES RELATED TO ECF NOS. 271-273** |
| Plaintiffs, | Civil L.R. 6-2, 7-12 |
| vs. | **Judge Samuel Conti**  **Courtroom 1-17th Floor** |
| REGUS MANAGEMENT GROUP, LLC, a Delaware limited liability company; REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS PLC, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1-50, | |
| Defendants. | |
| And All Related Counterclaims | |

**ORDER**

The parties have jointly submitted a Stipulation to Extend Briefing Deadlines Related To: (1) Regus Management Group LLC, Regus Business Centre LLC, HQ Global Workplaces, LLC, amd Regus plc's Notice of Motion and Motion to Dismiss for Lack of Standing (ECF No. 271); (2) Counterclaim-Plaintiff Regus Management Group LLC's Notice of Motion and Motion for Summary Judgment on Second Amended Counterclaim for Breach of Contract Against Counter-Claim Defendant CTNY Insurance Group, LLC (ECF No. 272); and (3) Defendants' Notice of Motion and Motion for Security for Costs; Memorandum of Points and Authorities in Support (ECF No. 273) (collectively, "Motions").

Having read and considered the Stipulation, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiffs' deadlines to file their oppositions to each of Defendants' Motions shall be extended to August 14, 2015, and Defendants' deadlines to file any reply briefs in support of each of the Motions shall be extended to August 28, 2015.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 22, 2015

_Judge Samuel Conti_
United States District Court
Northern District of California