1

2

3

4

5

6

7

8

9 # UNITED STATES DISTRICT COURT

10 # NORTHERN DISTRICT OF CALIFORNIA

11 # SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13 CIRCLE CLICK MEDIA LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated, | Case No. 3:12-CV-04000 SC

[~~PROPOSED~~] **ORDER RE: FILING UNDER SEAL**

Date: August 28, 2015
Time: 10:00 a.m.
Courtroom: 1, 17th Floor
Judge: Hon. Samuel Conti |
| Plaintiffs, | |
| vs. | |
| REGUS MANAGEMENT GROUP, LLC, a Delaware limited liability company; REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS PLC, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1-50, | |
| Defendants. | |
| And All Related Counterclaims. | |

26

27

28

---

[PROPOSE] ORDER RE: FILING UNDER SEAL        3:12-CV-04000 SC

**ORDER**

The Court has considered the Administrative Motion to File Documents Under Seal Relating to Plaintiffs' Motion for Class Certification ("Motion"), and good cause appearing, the Court orders that, based on Defendants' submission of supporting declarations establishing that the information is confidential pursuant to Civil L.R. 79-5(e), the documents indicated below marked with an "x" in the right hand column shall remain under seal.

| Document Conditionally Lodged Under Seal | Document To Remain Under Seal |
|---|---|
| Unredacted version of Plaintiffs' Motion for Class Certification (the "Motion") | GRANTED in Part, DENIED in part |
| Exhibit A to the Motion | X |
| Exhibit B to the Motion | DENIED |
| Exhibit C to the Motion | X |
| Exhibit E to the Motion | DENIED |
| Exhibit G to the Motion | X |
| Exhibit H to the Motion | DENIED |
| Exhibit I to the Motion | DENIED |
| Exhibit N to the Motion | X |
| Exhibit O to the Motion | X |
| Exhibit 1 to the Aalaei Declaration | X |
| Exhibit 5 to the Aalaei Declaration | X |
| Exhibit 6 to the Aalaei Declaration | X |
| Exhibit 7 to the Aalaei Declaration | X |
| Exhibit 8 to the Aalaei Declaration | X |
| Exhibit 9 to the Aalaei Declaration | X |

| | |
|---|---|
| Exhibit 10 to the Aalaei Declaration | X |
| Exhibit 11 to the Aalaei Declaration | X |
| Exhibit 12 to the Aalaei Declaration | X |
| Exhibit 13 to the Aalaei Declaration | X |
| Exhibit 14 to the Aalaei Declaration | X |
| Exhibit 15 to the Aalaei Declaration | X |
| Exhibit 16 to the Aalaei Declaration | X |
| Exhibit 17 to the Aalaei Declaration | X |
| Exhibit 23 to the Aalaei Declaration | X |
| Exhibit 24 to the Aalaei Declaration | X |
| Exhibit 26 to the Aalaei Declaration | X |
| Exhibit 27 to the Aalaei Declaration | DENIED |
| Exhibit 28 to the Aalaei Declaration | DENIED |
| Exhibit 29 to the Aalaei Declaration | DENIED |
| Exhibit 30 to the Aalaei Declaration | DENIED |
| Exhibit 32 to the Aalaei Declaration | X |
| Exhibit 33 to the Aalaei Declaration | X |
| Exhibit 34 to the Aalaei Declaration | DENIED |
| Exhibit 36 to the Aalaei Declaration | X |
| Exhibit 38 to the Aalaei Declaration | X |
| Exhibit 45 to the Aalaei Declaration | X |
| Exhibit 47 to the Aalaei Declaration | X |
| Exhibit 48 to the Aalaei Declaration | X |

//

//

[PROPOSE] ORDER RE: FILING UNDER SEAL        3:12-CV-04000 SC                        3

1

| | |
|---|---|
| Exhibit 49 to the Aalaei Declaration | X |
| Exhibit 50 to the Aalaei Declaration | X |
| Exhibit 51 to the Aalaei Declaration | X |

Plaintiffs motion is GRANTED in part and DENIED in part.  As to
Exhibits B, E, H, I, 27, 28, 29, 30, and 34, the Court will not
consider these documents unless an unredacted version is filed
within seven (7) days.  Civil L.R. 79-5(f).  References to these
exhibits in the motion for class certification must also be unredacted.

     IT IS SO ORDERED.


Dated: July 23, 2015

_____
UNITED STATES DISTRICT COURT JUDGE