IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company, and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company; REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company, and DOES 1 through 50,<br><br>        Defendants. | Case No. 3:12-CV-04000-SC<br><br>ORDER REQUIRING DEFENDANTS TO REFILE A PROPOSED ORDER TO THEIR MOTION TO SEAL IN COMPLIANCE WITH LOCAL RULE 79-5 |

    Defendants filed a motion to seal documents (or portions of documents) submitted in support of their opposition to plaintiffs' class certification motion. ECF No. 279. Local Rule 79-5(d)(1)(B) requires a party seeking to file a document under seal to accompany

their motion with a proposed order "which lists in table format each document or portion thereof that is sought to be sealed." Defendants' proposed order does not comply with this rule. See ECF No. 279-22.

    The Court hereby ORDERS Defendants to refile their proposed order within five (5) days of the signature date of this order in compliance with the Local Rules.

    IT IS SO ORDERED.

Dated: August 5, 2015

_____
UNITED STATES DISTRICT JUDGE

2