**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel T. Rockey, California Bar No. 178604
Stephanie Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Defendants
REGUS MANAGEMENT GROUP LLC, REGUS BUSINESS CENTRE LLC,
HQ GLOBAL WORKPLACES, LLC, and REGUS plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-CV-04000 SC<br><br>Honorable Samuel Conti<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CORRECT DOCKET NO. 279-4 AND FILE UNDER SEAL EXHIBITS 3 AND 4 TO THE DECLARATION OF LORRAINE VEBER** |

[PROPOSED] ORDER
CASE NO. 3:12-CV-04000-SC

255477.1

Having read and considered Defendant's Administrative Motion to Correct Docket No. 279-4 and File Under Seal Exhibits 3 and 4 to the Declaration of Lorraine Veber ("Motion"), and all papers in support therefore, and there being no opposition thereto, the Court hereby GRANTS the Motion and ORDERS:

1. The clerk shall remove Docket No. 279-4 from the public record. The document attached to the Motion as Exhibit A is deemed filed and shall replace Docket No. 279-4.

2. Exhibits 3 and 4 to the Declaration of Lorraine Veber shall be filed under seal.

IT IS SO ORDERED.

Dated: August 5, 2015

_____
Hon. Samuel Conti