**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel Thomas Rockey, California Bar No. 178604
Stephanie Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Defendants
REGUS MANAGEMENT GROUP LLC, REGUS BUSINESS CENTRE LLC,
HQ GLOBAL WORKPLACES, LLC, and REGUS plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-cv-04000-SC (JSC)<br><br>Hon. Samuel Conti<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO MANUALLY FILE VIDEO EXHIBIT TO THE DECLARATION OF LORRAINE VEBER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date: Sept. 25, 2015<br>Time: 10:00 a.m.<br>Ctrm: 1, 17th Floor |

Having read and considered Defendants' Administrative Motion for Leave to File Video Exhibit to the Declaration of Lorraine Veber in Opposition to Plaintiffs' Motion for Class Certification ("Administrative Motion"), the papers filed in support of and in opposition to the Administrative Motion, and the case file in this action, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

    1. The Motion is **GRANTED**. Defendants may manually file the video file which is Exhibit 10 to the Declaration of Lorraine Veber, in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

DATED: August 5, 2015

_____
Honorable Samuel Conti
United States Senior District Judge