**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel T. Rockey, California Bar No. 178604
Stephanie Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone: (415) 675-3400
Facsimile: (415) 675-3434

Attorneys for Defendants
REGUS MANAGEMENT GROUP LLC, REGUS BUSINESS CENTRE LLC,
HQ GLOBAL WORKPLACES, LLC, and REGUS plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>    Defendants. | Case No.: 3:12-CV-04000-SC (JSC)<br><br>Judge Samuel Conti<br><br>**AMENDED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL: (1) PORTIONS OF DEFENDANTS' OPPOSITION BRIEF TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND THE DECLARATION OF LORRAINE VEBER; AND (2) PORTIONS OF THE EXHIBITS TO THE DECLARATIONS OF LORRAINE VEBER, SARAH BUTLER, JAMES PAMPINELLA, AND MARK VOGEL.** |

254908

**AMENDED [PROPOSED] ORDER**
**Case No. 3:12-CV-04000-SC (JSC)**

# ORDER

The Court has considered Defendants' Administrative Motion to File Documents Under Seal Relating to Defendants' Opposition to Plaintiffs' Motion for Class Certification (Dkt. 279) as amended by this Court's order dated August 5, 2015 (Dkt. 290).

Good cause appearing, IT IS HEREBY ORDERED that the requested documents marked with an "X" in the right hand column shall be ordered to remain under seal.

| Document | Portions of Document Conditionally Lodged Under Seal | Portion/Document to Remain Under Seal |
|---|---|---|
| Defendants' Opposition to Plaintiffs' Motion for Class Certification | p. 4, ln. 21, 24 | X |
| | p. 5, ln. 5-8, 14-27 | X |
| | p. 6, ln. 6, 14-17, 22 | X |
| | p. 7, ln. 3-5, 7-12, 14-17, 26-27 | X |
| | p. 8, ln. 1-13, 15-16 | X |
| | p. 11, ln. 5-7, 17-25, fn. 6 | X |
| | p. 23, ln. 1-2, 4-6, 10, 12, 15 | X |
| | p. 24, ln. 14-15, 18 | X |
| | p. 25, ln. 20 | X |
| | p. 26, ln. 1, 12, 14 | X |
| | p. 30, ln. 13 | X |
| | p. 31, ln. 2 | X |
| | p. 34, ln. 14-21, fn. 22 | X |
| Expert Report of James Pampinella | Paragraph 28 | X |
| | Paragraph 33 | X |
| | Paragraph 34 | X |
| | Paragraph 36 | X |
| | Paragraph 39 | X |

254908

| | | |
|---|---|---|
| | Paragraph 43 | X |
| Expert Report of James Pampinella (continued) | Paragraph 44 | X |
| | Paragraph 46 | X |
| | Paragraph 55 | X |
| | Paragraph 59 | X |
| | Paragraph 60 | X |
| | Paragraph 61 | X |
| | Paragraph 62 | X |
| | Paragraph 65 | X |
| | Paragraph 66 | X |
| | Paragraph 70 | X |
| | Paragraph 71 | X |
| | Paragraph 72 | X |
| | Paragraph 73 | X |
| | Paragraph 74 | X |
| | Paragraph 77 | X |
| | Paragraph 81 | X |
| | Paragraph 85 | X |
| | Paragraph 86 | X |
| | Schedule 1.1 | X |
| | Schedule 1.2 | X |
| | Schedule 2 | X |
| | Schedule 4.1 | X |
| | Schedule 4.2 | X |
| | Schedule 5 | X |
| | Schedule 6 | X |
| | Schedule 7 | X |

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

| | | X |
|---|---|---|
| | Schedule 8 | X |
| Expert Report of James Pampinella (continued) | Schedule 8.1 | X |
| | Schedule 8.2 | X |
| | Schedule 9.U. | X |
| | Schedule 10.0 | X |
| | Schedule 10.2 | X |
| Expert Report of Sarah Butler | Paragraph 5 | X |
| | Paragraph 16 | X |
| | Paragraph 18 | X |
| | Paragraph 26 | X |
| | Paragraph 27 | X |
| | Paragraph 28 | X |
| | Paragraph 29 | X |
| | Paragraph 31 | X |
| | Paragraph 33 | X |
| | Paragraph 35 | X |
| | Paragraph 36 | X |
| | Paragraph 37 | X |
| | Paragraph 38 | X |
| | Paragraph 39 | X |
| | Paragraph 40 | X |
| | Portions of Exhibit E | X |
| Expert Report of Mark Vogel | Paragraph 12 | X |
| | Paragraph 14 | X |
| | Paragraph 16 | X |
| | Paragraph 17 | X |
| | Paragraph 18 | X |

254908

3

AMENDED [PROPOSED] ORDER
Case No. 3:12-CV-04000-SC (JSC)

| | | |
|---|---|---|
| | Paragraph 19 | X |
| Expert Report of Mark Vogel (continued) | Paragraph 20 | X |
| | Paragraph 21 | X |
| | Paragraph 22 | X |
| | Paragraph 23 | X |
| Declaration of Lorraine Veber | Paragraph 6 | X |
| | Paragraph 11 | X |
| | Paragraph 12 | X |
| | Paragraph 13 | X |
| | Paragraph 14 | X |
| | Paragraph 18 | X |
| | Paragraph 19 | X |
| | Paragraph 20 | X |
| | Paragraph 39 | X |
| | Paragraph 40 | X |
| | Exhibit 1 | X |
| | Exhibit 5 | X |
| | Exhibit 6 | X |
| | Exhibit 10 | X |
| | Exhibit 11 | X |
| | Exhibit 12 | X |
| | Exhibit 31 | X |
| | Exhibit 32 | X |

**IT IS SO ORDERED**.

DATED: August 18, 2015    _____
Hon. Judge Samuel Conti
United States Senior District Judge