1  **ARI LAW, P.C.**
   Ali A. Aalaei, State Bar No. 254713
2  Craig P. Ramsdell, State Bar No. 303942
3  Alyce W. Foshee, State Bar No. 300148
   90 New Montgomery Street, Suite 905
4  San Francisco, CA 94105
   Tel.: (415) 357-3600
5  Fax: (415) 357-3602
   E-mail: ali@arilaw.com
6  E-mail: cramsdell@arilaw.com
7  E-mail: alyce.foshee@arilaw.com

8  **LAW OFFICES OF S. CHANDLER VISHER**
   S. Chandler Visher, State Bar No. 52957
9  44 Montgomery Street, Suite 3830
   San Francisco, CA 94104
10 Tel.: (415) 901-0500
11 Fax: (415) 901-0504
   E-mail: chandler@visherlaw.com
12
   Attorneys for Plaintiffs
13 CIRCLE CLICK MEDIA LLC and CTNY INSURANCE GROUP LLC

14                 **UNITED STATES DISTRICT COURT**
15                **NORTHERN DISTRICT OF CALIFORNIA**
16                      **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 17 CIRCLE CLICK MEDIA LLC, a California limited liability company; METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>REGUS MANAGEMENT GROUP, LLC, a Delaware limited liability company; REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS PLC, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1-50,<br><br>Defendants.<br><br>And All Related Counterclaims | Case No. 3:12-CV-04000 SC (JSC)<br><br>[~~PROPOSED~~] ORDER RE: ECF NO. 301, PLAINTIFFS' ADMINISTRATIVE MOTION<br><br>Civil L.R. 7-12<br><br>**Judge Samuel Conti**<br>**Courtroom 1-17th Floor** |

**ORDER**

The parties have jointly submitted a Stipulation regarding Plaintiff Circle Click Media LLC and CTNY Insurance Group LLC's Administrative Motion to File Under Seal Unredacted Versions of Plaintiffs' Notice of Motion and Motion to Exclude Expert Reports of Mark Vogel and James Pampinella, filed as ECF No. 301.

Having read and considered the Stipulation and related administrative motion, and good cause appearing:

IT IS HEREBY ORDERED that:

- Plaintiffs' Administrative Motion (ECF No. 301) should be denied as moot;
- Plaintiffs shall file an unredacted version of the Vogel Transcript;
- The hearing on Plaintiffs' 702 Motion is scheduled for September 25, 2015, at 10:00 AM in Courtroom 1; and
- Pursuant to Civil L.R. 7-3, Defendants' opposition and Plaintiffs' reply to the 702 Motion are due by August 28, 2015 and September 4, 2015, respectively.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August __19__, 2015

_____
Judge
Judge Samuel Conti
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

1
[PROPOSED] ORDER RE: ECF NO. 301, PLAINTIFFS' ADMINISTRATIVE MOTION
Case No. 3:12-CV-04000 SC (JSC)