IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company, and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company; REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company, and DOES 1 through 50,<br><br>    Defendants. | Case No. 3:12-CV-04000-SC<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' MOTION TO SEAL |

  Plaintiffs filed a motion to seal unredacted versions of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion for Class Certification ("Reply") and Reply Declaration of S. Chandler Visher in Support of Motion for Class Certification ("Reply Declaration").  ECF No. 294.  Plaintiffs' Reply and Reply

Declaration contain information that Defendants have designated as confidential pursuant to a protective order. Pursuant to Local Rule 79-5(e), Defendants submitted a response supporting some of the confidentiality designations. ECF No. 310. Defendants note, however, that certain redacted excerpts do not contain confidential information. Accordingly, Plaintiffs' motion to seal is GRANTED IN PART and DENIED in part as described in the table below.

| ECF No. (Description) | Ruling on Motion to File Under Seal |
|---|---|
| 34-4 (unredacted Reply) | DENIED as to page 3, lines 1, 4, 7, and 9; page 6, line 14; page 12, lines 12 and 15; page 11, line 8; page 15, lines 22-23<br>GRANTED IN PART as to all other redactions |
| 34-6 (unredacted Reply Declaration of S. Chandler Visher) | DENIED as to page 7, lines 20-11; and page 9, lines 6 and 20-24<br>GRANTED IN PART as to all other redactions |

IT IS SO ORDERED.

Dated: August 25, 2015

_____

UNITED STATES DISTRICT JUDGE