**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel Thomas Rockey, California Bar No. 178604
Stephanie Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434

Attorneys for Defendants
REGUS MANAGEMENT GROUP LLC, REGUS BUSINESS CENTRE LLC,
HQ GLOBAL WORKPLACES, LLC, and REGUS plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>　　　　　　Defendants. | Case No.: 3:12-CV-04000-EMC<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION AND RESCHEDULING OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

264580

1  Pursuant to Civil Local Rules 6-2 and 7-12 and this Court's Case Management Conference
2  Order in Reassigned Case (ECF No. 337), Defendants Regus Management Group LLC, Regus
3  Business Centre LLC, HQ Global Workplaces, LLC, and Regus plc (collectively "Defendants")
4  and Plaintiffs Circle Click Media LLC and CTNY Insurance Group LLC (together "Plaintiffs"),
5  by and through their respective counsel of record, submit this stipulation to set a briefing schedule
6  for Plaintiffs' motion for class certification and to request the rescheduling of the case
7  management conference currently set for November 17, 2015 at 9:30 a.m.

8  WHEREAS, on October 30, 2015, the Court issued an order denying without prejudice
9  Plaintiffs' Motion for Class Certification and granting 30 days for Plaintiffs to file a new motion
10 for class certification (ECF No. 335);

11 WHEREAS, Plaintiffs' current deadline to file the new motion for class certification is
12 November 30, 2015;

13 WHEREAS, on November 5, 2015, the Court issued a Case Management Conference
14 Order in Reassigned Case, setting a case management conference for November 17, 2015 at 9:30
15 a.m.;

16 WHEREAS, lead counsel for Defendants, K. Lee Marshall, has a mediation scheduled for
17 November 17, 2015;

18 WHEREAS, Plaintiffs and Defendants have agreed to extend Plaintiffs' deadline for filing
19 a new motion for class certification and the related briefing schedule;

20 WHEREAS, the Parties have not made a prior request to amend the briefing schedule for
21 Plaintiffs' renewed motion for class certification or to reschedule this case management
22 conference;

23 WHEREAS, the requested briefing schedule and new date for the case management
24 conference will not prejudice the Court or the parties;

25 IT IS HEREBY STIPULATED AND AGREED by the parties hereto, by and through their
26 respective counsel of record, as follows:

27 1.  The case management conference should be rescheduled for Thursday, December
28 10, 2015 at 9:30 a.m., or as soon thereafter as the Court deems appropriate.

BRYAN CAVE LLP
560 MISSION STREET, 25TH FLOOR
SAN FRANCISCO, CA 94105-2994

2. Plaintiffs' deadline to file a new motion for class certification is extended until December 17, 2015.

3. Defendants' opposition to the motion for class certification will be due on January 18, 2016.

4. Plaintiffs' reply in support of the motion for class certification will be due on February 2, 2016.

Dated: November 6, 2015      **BRYAN CAVE LLP**

By: */s/ Stephanie A. Blazewicz*
Stephanie A. Blazewicz
Attorneys for Defendants

Dated: November 6, 2015      **ARI LAW, P.C.**
**LAW OFFICES OF S. CHANDLER VISHER**

By: */s/ Ali A. Aalei*
Ali A. Aalei
Attorneys for Plaintiffs

I, Stephanie A Blazewicz, attest that the content of this document is acceptable to all persons required to sign the document.

*/s/ Stephanie A. Blazewicz*

**[PRO~~PO~~SED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The hearing on the Motion for Class Certification is set for 2/18/16 at 1:30 p.m.

Date: 11/10/15                    _____
                                  IT IS SO ORDERED
                                  AS MODIFIED
                                  District Judge Edward M. Chen

264580