**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel T. Rockey, California Bar No. 178604
Stephanie Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434

Attorneys for Defendants
REGUS MANAGEMENT GROUP LLC, REGUS BUSINESS CENTRE LLC,
HQ GLOBAL WORKPLACES, LLC, and REGUS plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No.: 3:12-CV-04000-EMC<br><br>Judge Edward M. Chen<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING DEADLINE TO FILE RESPONSE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL RELATING TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION (Dkt. No. 347)** |

267993

1 The parties have jointly submitted a Joint Stipulation Extending Deadline to File
2 Response in Support of Plaintiffs' Administrative Motion to File Documents Under Seal
3 Related to Plaintiffs' Renewed Motion for Class Certification (Dkt. No.347) (the "Motion to
4 Seal");

5 Having read and considered the Stipulation, and good cause appearing:

6 IT IS HEREBY ORDERED that Defendants shall have until January 8, 2016, to file a
7 response in support of the Motion to Seal.

8 IT IS SO ORDERED.

DATED: \_\_\_\_12/23/15\_\_\_\_, 2016    _____
                                   Hon. Edward M. Chen
                                   United States District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

267993                                        1
                        [PROPOSED] ORDER
                   Case No. 3:12-CV-04000-EMC