**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel T. Rockey, California Bar No. 178604
Stephanie Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434

Attorneys for Defendants
REGUS MANAGEMENT GROUP LLC, REGUS BUSINESS CENTRE LLC,
HQ GLOBAL WORKPLACES, LLC, and REGUS plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>     v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>         Defendants. | Case No.: 3:12-CV-04000-EMC<br><br>Judge Edward M. Chen<br><br>**[~~PROPO~~SED] ORDER GRANTING JOINT STIPULATION EXTENDING DEFENDANTS' DEADLINE TO FILE REVISED DECLARATION IN SUPPORT OF ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL RELATING TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION (Dkt. Nos. 347, 358, 360)** |

275177

1  The parties jointly submitted a Joint Stipulation Extending Deadline to File Revised
2  Declaration in Support of Administrative Motions to File Documents Under Seal Related to
3  Plaintiffs' Renewed Motion for Class Certification (Dkt. Nos. 347, 358, and 360 (the "Motions
4  to Seal")).  Having read and considered the Stipulation, and good cause appearing:

5  **IT IS HEREBY ORDERED** that the deadline for Defendants to file a revised
6  declaration in support of the Motions to Seal shall be extended to April 1, 2016.

7  **IT IS SO ORDERED**.

11  DATED: ___3/25___, 2016



Hon. Edward M. Chen
United States District Judge

275177

[PROPOSED] ORDER
Case No. 3:12-CV-04000-EMC