**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel T. Rockey, California Bar No. 178604
Stephanie Blazewicz, California Bar No. 240359
Tracy M. Talbot, California Bar No. 259786
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434

Attorneys for Defendants
REGUS MANAGEMENT GROUP LLC, REGUS BUSINESS CENTRE LLC,
HQ GLOBAL WORKPLACES, LLC, and REGUS plc

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>　　　　　　Defendants. | Case No.: 3:12-CV-04000-EMC<br><br>Judge Edward M. Chen<br><br>[~~PROPOSED~~] **ORDER GRANTING IN-PART AND DENYING IN-PART ADMINISTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL RELATING TO PLAINTIFFS' RENEWED MOTION FOR CLASS CERTIFICATION**<br><br>**(Dkt. Nos. 347, 358, 360)** |

275177

[~~PROPOSED~~] ORDER
Case No. 3:12-CV-04000-EMC

1    Having read and considered Defendants' request to seal documents as set forth in

2    Defendants' Response in Support of Administrative Motions to File Documents Under Seal

3    Related to Plaintiffs' Renewed Motion for Class Certification (Dkt. Nos. 347, 358, and 360

4    (the "Motions to Seal")) and the supporting Declaration of Tim Regan, and good cause

5    appearing,

6    **IT IS HEREBY ORDERED** that the following documents attached to the Declaration

7    of Ali A. Aalaei in Support of Plaintiff's Renewed Motion for Class Certification (Dkt. 346,

8    347) shall be filed under seal: Exhibits 7, 13 and 29.

9    **IT IS FURTHER ORDERED** that the following excerpts of Defendants' Opposition

10   to Plaintiff's Renewed Motion for Class Certification shall be filed under seal: Page 3, line 8;

11   page 6 lines 15-16, and 23; page 7, lines 2-4; page 15, lines 14-17, and footnote 5; page 18,

12   line 23; page 19, lines 1, 10, and 11; and page 23, lines 8-9.

13   As Defendants have narrowed the requests to seal, the Court **DENIES** any further

14   requests to seal as set forth in the Motions to Seal.   As to the documents that Defendants no longer seek to file under seal, the parties must file unredacted versions of those documents on the public docket.

15   **IT IS SO ORDERED**.

19   DATED: __April 4, 2016__, 2016



Hon. Edward M. Chen
United States District Judge

275177

[PROPOSED] ORDER
Case No. 3:12-CV-04000-EMC