**GAROFOLO LAW GROUP, P.C.**
Joseph A. Garofolo, California Bar No. 214614
E-mail: jgarofolo@garofololaw.com
90 New Montgomery Street, Suite 905
San Francisco, CA 94105
Telephone: (415) 981-8500
Facsimile: (415) 981-8870

**ARI LAW, P.C.**
Ali Aalaei, California Bar No. 254713
E-mail: ali@arilaw.com
Bo Zeng, California Bar No. 281626
E-mail: bozeng@arilaw.com
90 New Montgomery Street, Suite 905
San Francisco, CA 94105
Telephone: (415) 357-3600
Facsimile: (415) 357-3602

Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC and CTNY
INSURANCE GROUP LLC

**BRYAN CAVE LLP**
K. Lee Marshall, California Bar No. 277092
Meryl Macklin, California Bar No. 115053
Daniel Thomas Rockey, California Bar No. 178604
Tracy M. Talbot, California Bar No. 259786
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:        klmarshall@bryancave.com
              meryl.macklin@bryancave.com
              daniel.rockey@bryancave.com
              tracy.talbot@bryancave.com

Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC, REGUS
BUSINESS CENTRE, LLC, REGUS plc, and HQ
GLOBAL WORKPLACES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, et al., <br><br>Plaintiffs, <br><br>vs. <br><br>REGUS MANAGEMENT GROUP, LLC, et al., <br><br>Defendants. | Case No. 3:12-CV-04000 EMC <br><br>**NOTICE OF POTENTIAL SETTLEMENT AND STIPULATION AND [PR~~O~~OPOSED] ORDER TO ENLARGE TIME FOR DISCOVERY** |

**STIPULATION**

Pursuant to Civil L.R. 6-2 and 7-12, Plaintiffs Circle Click Media LLC and CTNY Insurance Group LLC (collectively, "Plaintiffs") and Defendants Regus Management Group, LLC, Regus Business Centre, LLC, Regus plc, and HQ Global Workplaces LLC (collectively, "Defendants") hereby stipulate and request that the time for the parties to complete non-expert discovery and disclose opening expert reports shall be extended to November 10, 2016 and the time to disclose rebuttal expert reports shall be extended to November 24, 2016. This stipulation is based on the parties' joint belief that they are close to settlement of the Plaintiffs' individual claims, such that further discovery should be unnecessary. The parties request this additional time in order to finalize the potential settlement. The remaining deadlines in the Court's Case Management and Pretrial Order for Jury Trial of August 19, 2016, shall otherwise remain unaltered.

This is a putative class action brought on behalf of California and New York classes alleging, *inter alia*, unfair business practices. (*See* Joint Case Management Statement (Doc. 415) at 1-2). On March 11, 2016, the Court denied for the second time Plaintiffs' motion for class certification. (Doc. 374). The Court also subsequently denied Plaintiffs' motion for leave to file motion for reconsideration of the Court's order denying class certification. (Doc. 395). On July 19, 2016, the Ninth Circuit Court of Appeals denied Plaintiffs' petition for permission to appeal the District Court's March 11, 2016, order denying class certification. (Case No. 16-80071, Doc. 5). On July 18, 2016, the Court granted Defendants' motion for partial summary judgment as to the injunctive relief available to Plaintiffs. (Doc. 404). On October 7, 2016, the Court denied Plaintiffs' motion for leave to file a third amended complaint. (Doc. 417).

The parties believe that they are close to a potential settlement of the individual claims of this matter. To avoid additional costs associated with depositions and expert disclosures, the parties believe it is in the interest of judicial economy to extend these deadlines now to allow the parties to focus on finalizing the settlement

This is the parties' first request for an enlargement of time with respect to the deadlines in the Court's Case Management and Pretrial Order for Jury Trial of August 19, 2016. The parties do

not believe that the requested enlargements will have any effect on the overall schedule for this case.

IT IS SO STIPULATED.

Dated: October 24, 2016          **ARI LAW, P.C.**
**LAW OFFICES OF CHANDLER VISHER**

By: /s/ Chandler Visher
      Chandler Visher
Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC and CTNY INSURANCE GROUP LLC

**BRYAN CAVE LLP**

By:        /s/ K. Lee Marshall
      K. Lee Marshall
Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC, REGUS BUSINESS CENTRE, LLC, REGUS plc, and HQ GLOBAL WORKPLACES LLC

**ORDER**

Pursuant to the Stipulation, and good cause appearing, the Court orders the following: the time for the parties to complete non-expert discovery and disclose opening expert reports shall be extended to November 10, 2016 and the time to disclose rebuttal expert reports shall be extended to November 24, 2016.

IT IS SO ORDERED.

Dated: October 25, 2016

IT IS SO ORDERED
Judge Edward M. Chen

UNITED _____

I hereby attest that concurrence in the filing of this document has been obtained from the other signatory listed above and I have on file records to support this concurrence.

/s/ K. Lee Marshall
K. Lee Marshall

- 2-
STIPULATION AND [PROPOSED] ORDER
Case No. 3:12-CV-04000 EMC