**ARI LAW, P.C.**
Ali A. Aalaei, CA Bar No. 254713
Craig P. Ramsdell, CA Bar No. 303942
90 New Montgomery Street, Suite 905
San Francisco, CA 94105
Telephone: (415) 357-3600
Facsimile: (415) 357-3602
Email: ali@arilaw.com
       cramsdell@arilaw.com

**LAW OFFICES OF S. CHANDLER VISHER**
S. Chandler Visher, CA Bar No. 52957
44 Montgomery Street, Suite 3830
San Francisco, CA 94104
Telephone: (415) 901-0500
Facsimile: (415) 901-0504
E-mail: chandler@visherlaw.com

Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC and
CTNY INSURANCE GROUP LLC

**BRYAN CAVE LLP**
K. Lee Marshall, CA Bar No. 277092
Meryl Macklin, CA Bar No. 115053
Daniel T. Rockey, CA Bar No. 178604
Tracy M. Talbot, CA Bar No. 259786
Three Embarcader Center, 7th Floor
San Francisco, CA 94111
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email: klmarshall@bryancave.com
       meryl.macklin@bryancave.com
       daniel.rockey@bryancave.com
       tracy.talbot@bryancave.com

Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC,
REGUS BUSINESS CENTRE LLC, HQ
GLOBAL WORKPLACES, LLC and
REGUS plc

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>Defendants. | Case No. 3:12-CV-04000 EMC<br><br>Honorable Edward Chen<br><br>**STIPULATION OF DISMISSAL OF COUNTERCLAIMS** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Defendants Regus Management Group, LLC, Regus Business Centre LLC, Regus plc, and HQ Global Workplaces, LLC ("Regus") and Plaintiffs Circle Click Media LLC and CTNY Insurance Group LLC do hereby stipulate to the dismissal without prejudice of all counterclaims of Defendant Regus Management Group, LLC. The parties shall bear their own costs.

Dated:  November 28, 2016    **BRYAN CAVE LLP**

By:  /s/ K. Lee Marshall 
K. Lee Marshall

Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC,
REGUS BUSINESS CENTRE LLC, HQ
GLOBAL WORKPLACES LLC, and
REGUS plc



**ARI LAW, P.C.**
**LAW OFFICES OF S. CHANDLER VISHER**

By:  /s/ S. Chandler Visher
S. Chandler Visher

Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC and CTNY INSURANCE GROUP LLC

I hereby attest that concurrence in the filing of this document has been obtained from the other signatory listed above and I have on file records to support this concurrence.

By:  /s/ K. Lee Marshall
K. Lee Marshall

1
STIPULATION OF DISMISSAL OF COUNTERCLAIMS
CASE NO. 3:12-CV-04000-EMC

SF01DOCS\289235.2