**ARI LAW, P.C.**
Ali A. Aalaei, CA Bar No. 254713
Craig P. Ramsdell, CA Bar No. 303942
90 New Montgomery Street, Suite 905
San Francisco, CA 94105
Telephone: (415) 357-3600
Facsimile: (415) 357-3602
Email: ali@arilaw.com
         cramsdell@arilaw.com

**LAW OFFICES OF S. CHANDLER VISHER**
S. Chandler Visher, CA Bar No. 52957
44 Montgomery Street, Suite 3830
San Francisco, CA 94104
Telephone: (415) 901-0500
Facsimile: (415) 901-0504
E-mail: chandler@visherlaw.com

Attorneys for Plaintiffs
CIRCLE CLICK MEDIA LLC and
CTNY INSURANCE GROUP LLC

**BRYAN CAVE LLP**
K. Lee Marshall, CA Bar No. 277092
Meryl Macklin, CA Bar No. 115053
Daniel T. Rockey, CA Bar No. 178604
Tracy M. Talbot, CA Bar No. 259786
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email: klmarshall@bryancave.com
         meryl.macklin@bryancave.com
         daniel.rockey@bryancave.com
         tracy.talbot@bryancave.com

Attorneys for Defendants
REGUS MANAGEMENT GROUP, LLC,
REGUS BUSINESS CENTRE LLC, HQ
GLOBAL WORKPLACES, LLC and
REGUS plc

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIRCLE CLICK MEDIA LLC, a California limited liability company, METRO TALENT, LLC, a California limited liability company; and CTNY INSURANCE GROUP LLC, a Connecticut limited liability company, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>REGUS MANAGEMENT GROUP LLC, a Delaware limited liability company, REGUS BUSINESS CENTRE LLC, a Delaware limited liability company; REGUS plc, a Jersey, Channel Islands, public limited company; HQ GLOBAL WORKPLACES LLC, a Delaware limited liability company; and DOES 1 through 50,<br><br>     Defendants. | Case No. 3:12-CV-04000 EMC<br><br>Honorable Edward Chen<br><br>**[PROP~~OSE~~D] JUDGMENT** |

1  This action having come before the Court, The Honorable Edward M. Chen, District Judge, presiding, and the Court having been notified that plaintiffs Circle Click Media LLC and CTNY Insurance Group LLC ("Plaintiffs") have accepted an Offer of Judgment Pursuant to Rule 68 of the Federal Rules of Civil Procedure dated November 28, 2016, ("Offer of Judgment") from Defendants Regus Management Group LLC, Regus Business Centre LLC, Regus plc, HQ Global Workplaces LLC ("Defendants"),

It is ORDERED AND ADJUDGED that judgment is entered subject to the terms of the Offer of Judgment (Doc. 423-1) in favor of plaintiff Circle Click Media, LLC against Defendants, jointly and severally, in the total amount of one thousand dollars ($1,000), and in favor of plaintiff CTNY Insurance Group, LLC against Defendants, jointly and severally, in the total amount of one thousand dollars ($1,000).

The Clerk of the Court is directed to vacate all hearings and close this case.

Entered at San Francisco, California, this __16th__ day of December 2016.



_____
Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

1
[PROPOSED] JUDGMENT
CASE NO. 3:12-CV-04000-EMC

SF01DOCS\293489.1